B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AHERN RENTALS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Ahern Heavy Equipment; DBA Rhino's Turn Equipment; DBA Super Grip West** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**88-0381960** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3750 N. Virginia St.**<br>**Reno, NV**<br>ZIP Code **89506-0782** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1401 Mineral Avenue**<br>**Las Vegas, NV**<br>ZIP Code **89106-4342** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information       *** Thomas H. Fell, Esq. Nevada Bar No. 3717 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AHERN RENTALS, INC.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | AHERN RENTALS, INC. |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X _/s/ Thomas H. Fell_
Signature of Attorney for Debtor(s)

**Thomas H. Fell, Esq. Nevada Bar No. 3717**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169**
Address

**(702) 796-5555  Fax: (702) 369-2666**
Telephone Number

_12-22-11_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Howard Brown_
Signature of Authorized Individual

**Howard Brown**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

_12/22/2011_
Date

## RESOLUTIONS ADOPTED BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF AHERN RENTALS, INC.
### a Nevada corporation

The undersigned, being all of the members of the board of directors of Ahern Rentals, Inc., a Nevada corporation (the "*Company*"), hereby adopt and approve the following resolutions, to be effective as of December 16, 2011:

### CHAPTER 11 FILING OF THE COMPANY

WHEREAS: The undersigned have reviewed and considered the interests of the Company and have reviewed and considered information presented to the undersigned that the undersigned believe necessary to evaluate and reach an informed decision, in connection with the Company filing a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED: The undersigned hereby authorize and approve the Company filing a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: Don F. Ahern and Howard Brown (each "*Authorized Person*") are each hereby authorized and directed to execute and file on behalf of the Company the petition for relief under Chapter 11 in the Bankruptcy Court, and each Authorized Person is designated as a natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization under the Chapter 11 proceedings and taking all actions incidental thereto.

RESOLVED FURTHER: The execution of any document or instrument by any Authorized Person, on behalf of the Company, pursuant to the foregoing resolutions shall be conclusive evidence that such action has been authorized and approved by the Company in every respect.

RESOLVED FURTHER: The undersigned authorize, direct and approve the hiring of the law firm of Gordon Silver to represent the Company in the above-referenced Chapter 11 bankruptcy case.

*(Signature page follows.)*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of the Company, have executed these resolutions to be effective as of the date set forth above.

**Directors:**

_____
Don F. Ahern

_____
Evan B. Ahern

_____
Howard L. Brown

_____
P. Enoch Stiff

_____
Mark J. Wattles

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of the Company, have executed these resolutions to be effective as of the date set forth above.

**Directors:**

_____
Don F. Ahern

_____
Evan B. Ahern

_____
Howard L. Brown

_____
P. Enoch Stiff

_____
Mark J. Wattles

104500-001/1387685.doc

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of the Company, have executed these resolutions to be effective as of the date set forth above.

**Directors:**

_____
Don F. Ahern

_____
Evan B. Ahern

_____
Howard L. Brown

_____
P. Enoch Stiff

_____
Mark J. Wattles

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **AHERN RENTALS, INC.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| P-FLEET<br>ATTN: MANAGING MEMBER<br>6390 GREENWICH DR SUITE 200<br>SAN DIEGO, CA 92122 | P-FLEET<br>ATTN: MANAGING MEMBER<br>6390 GREENWICH DR SUITE 200<br>SAN DIEGO, CA 92122 | Fuel | | 460,727.11 |
| NORTH AMERICAN BATTERY SYSTEMS<br>ATTN: MANAGING MEMBER<br>P O BOX 90906<br>LONG BEACH, CA 90809 | NORTH AMERICAN BATTERY SYSTEMS<br>ATTN: MANAGING MEMBER<br>P O BOX 90906<br>LONG BEACH, CA 90809 | Parts Maintenance | | 209,848.14 |
| JLG INDUSTRIES INC<br>ATTN: MANAGING MEMBER<br>1 JLG Drive<br>McConnellsburg, PA 17233-9533 | JLG INDUSTRIES INC<br>ATTN: MANAGING MEMBER<br>1 JLG Drive<br>McConnellsburg, PA 17233-9533 | Equipment | | 169,606.54 |
| REBEL OIL COMPANY INC<br>ATTN: MANAGING MEMBER<br>2200 SOUTH HIGHLAND DRIVE<br>LAS VEGAS, NV 89102-4812 | REBEL OIL COMPANY INC<br>ATTN: MANAGING MEMBER<br>2200 SOUTH HIGHLAND DRIVE<br>LAS VEGAS, NV 89102-4812 | Fuel | | 128,672.16 |
| SKYJACK CORP<br>ATTN: MANAGING MEMBER<br>3451 SWENSON AVE<br>ST CHARLES, IL 60174 | SKYJACK CORP<br>ATTN: MANAGING MEMBER<br>3451 SWENSON AVE<br>ST CHARLES, IL 60174 | Equipment | | 123,660.89 |
| EAGLE PROMOTIONS<br>ATTN: MANAGING MEMBER<br>4575 W POST RD #100<br>LAS VEGAS, NV 89118-3929 | EAGLE PROMOTIONS<br>ATTN: MANAGING MEMBER<br>4575 W POST RD #100<br>LAS VEGAS, NV 89118-3929 | Advertising | | 110,602.52 |
| ALLMAND BROTHERS INC<br>ATTN: MANAGING MEMBER<br>1502 WEST 4TH AVE<br>HOLDREGE, NE 68949 | ALLMAND BROTHERS INC<br>ATTN: MANAGING MEMBER<br>1502 WEST 4TH AVE<br>HOLDREGE, NE 68949 | Equipment | | 96,587.84 |
| JLG EQUIPMENT SERVICES<br>ATTN: MANAGING MEMBER<br>441 WEBER LANE<br>BEDFORD, PA 15522 | JLG EQUIPMENT SERVICES<br>ATTN: MANAGING MEMBER<br>441 WEBER LANE<br>BEDFORD, PA 15522 | Parts Purchase | | 90,824.93 |

B4 (Official Form 4) (12/07) - Cont.
In re   **AHERN RENTALS, INC.**                                    Case No. _____
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| EAST BAY TIRE COMPANY ATTN: MANAGING MEMBER 2200 HUNTINGTON DR UNIT C FAIRFIELD, CA 94533 | EAST BAY TIRE COMPANY ATTN: MANAGING MEMBER 2200 HUNTINGTON DR FAIRFIELD, CA 94533 | Parts Maintenance | | 82,634.78 |
| SAMMONS TRUCKING ATTN: MANAGING MEMBER 3665 W BROADWAY PO BOX 16050 MISSOULA, MT 59808-6050 | SAMMONS TRUCKING ATTN: MANAGING MEMBER 3665 W BROADWAY MISSOULA, MT 59808-6050 | Freight | | 77,150.00 |
| ACE HARDWARE CORPORATION ATTN: MANAGING MEMBER 21582 NETWORK PLACE CHICAGO, IL 60673-1215 | ACE HARDWARE CORPORATION ATTN: MANAGING MEMBER 21582 NETWORK PLACE CHICAGO, IL 60673-1215 | Parts Purchase | | 62,915.70 |
| FOX ROTHSCHILD LLP ATTN: MANAGING MEMBER 3800 HOWARD HUGHES PKWY SUITE 500 LAS VEGAS, NV 89169 | FOX ROTHSCHILD LLP ATTN: MANAGING MEMBER 3800 HOWARD HUGHES PKWY LAS VEGAS, NV 89169 | Legal | | 60,741.09 |
| H & W PETROLEUM COMPANY INC ATTN: MANAGING MEMBER 200 W CYPRESS CREEK RD SUITE 400 FT LAUDERDALE, FL 33309 | H & W PETROLEUM COMPANY INC ATTN: MANAGING MEMBER 200 W CYPRESS CREEK RD FT LAUDERDALE, FL 33309 | Fuel | | 59,929.35 |
| CMD TRUCKING ATTN: MANAGING MEMBER DBA CARLOS DEL VALLE 946 FLORENCE ST IMPERIAL BEACH, CA 91932 | CMD TRUCKING ATTN: MANAGING MEMBER DBA CARLOS DEL VALLE IMPERIAL BEACH, CA 91932 | Freight | | 57,025.00 |
| STRASBURGER & PRICE LLP ATTN: MANAGING MEMBER PO BOX 50100 DALLAS, TX 75250-9989 | STRASBURGER & PRICE LLP ATTN: MANAGING MEMBER PO BOX 50100 DALLAS, TX 75250-9989 | Legal | | 53,888.41 |
| MULTIQUIP INC ATTN: MANAGING MEMBER 18910 WILMINGTON AVE CARSON, CA 90746 | MULTIQUIP INC ATTN: MANAGING MEMBER 18910 WILMINGTON AVE CARSON, CA 90746 | Equipment | | 51,481.55 |
| BARNES DISTRIBUTION ATTN: MANAGING MEMBER DEPT CH 14079 PALATINE, IL 60055-4079 | BARNES DISTRIBUTION ATTN: MANAGING MEMBER DEPT CH 14079 PALATINE, IL 60055-4079 | Parts Maintenance | | 50,721.60 |

B4 (Official Form 4) (12/07) - Cont.
In re  AHERN RENTALS, INC.
                      Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SNORKEL INTERNATIONAL ATTN: MANAGING MEMBER 2009 ROSEPORT RD ELWOOD, KS 66024 | SNORKEL INTERNATIONAL ATTN: MANAGING MEMBER 2009 ROSEPORT RD ELWOOD, KS 66024 | Parts Purchase | | 49,421.50 |
| CROWN ELECTRICAL SYSTEMS INC ATTN: MANAGING MEMBER 18320 OAK CANYON ROAD 210 SANTA CLARITA, CA 91387 | CROWN ELECTRICAL SYSTEMS INC ATTN: MANAGING MEMBER 18320 OAK CANYON ROAD 210 SANTA CLARITA, CA 91387 | R&M Building Supplies | | 47,842.16 |
| LOS ANGELES FREIGHTLINER/ ATTN: MANAGING MEMBER SILVER STATE TRUCK & TRAILER 210 NORTH EAST ST WOODLAND, CA 95776 | LOS ANGELES FREIGHTLINER/ ATTN: MANAGING MEMBER SILVER STATE TRUCK & TRAILER WOODLAND, CA 95776 | Parts Maintenance | | 38,720.16 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  12/22/2011          Signature  _____
                                     Howard Brown
                                     Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.