GORDON SILVER
GERALD M. GORDON, ESQ., Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ., Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
THOMAS H. FELL, ESQ., Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
ERICK T. GJERDINGEN, ESQ., Nevada Bar No. 11972
E-mail: egjerdingen@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>AHERN RENTALS, INC.,<br><br>Debtor. | Case No.: 11-53860-BTB<br>Chapter 11<br><br>Date: OST PENDING<br>Time: OST PENDING |

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF PIERCY BOWLER TAYLOR & KERN AS AUDITOR AND ACCOUNTANT TO DEBTOR**

Ahern Rental, Inc., a Nevada corporation ("Debtor"), debtor and debtor-in-possession, by and through its proposed counsel, the law firm of Gordon Silver, hereby submits its application (the "Application") for an order authorizing the retention of Piercy Bowler Taylor & Kern ("PBTK") as auditors and accountants in connection with the above-captioned bankruptcy case (the "Chapter 11 Case"), effective *nunc pro tunc* to the Petition Date (as defined herein).

This Application is made pursuant to Sections[1] 327, 328, 1107, and 1108, and Bankruptcy Rule 2014(a) and is based upon the *Omnibus Declaration of Howard L. Brown in Support of Debtor's First Day Motions* (the "Omnibus Declaration")[2] [ECF No. 16], which Omnibus Declaration is incorporated herein in its entirety by this reference, the *Declaration of L.*

[1] All references to "Chapter" and "Section" herein shall be to the Bankruptcy Code appearing in Title 11 of the United States Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall refer to the Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada.

[2] All capitalized items not otherwise defined herein shall have those meanings ascribed in the Omnibus Declaration.

*Ralph Piercy in Support of Application for Order Authorizing Employment of Piercy Bowler Taylor & Kern as Auditor and Accountant* (the "Piercy Declaration") also filed contemporaneously herewith, the points and authorities herein, the pleadings, papers, and other records contained in the Court's file, judicial notice of which is respectfully requested, and any evidence or oral argument presented at the time of the hearing on this Application.

## I.
## INTRODUCTION

1. On December 22, 2011 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the Chapter 11 Case. See ECF no. 1.

2. The Debtor continues to operate and manage its business as debtor and debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. See generally docket.

3. No request has been made for the appointment of a trustee or examiner, and no official committees have been appointed in this case. See generally id.

4. The Debtor has determined that in order to carry out its duties as provided for under Sections 1107(a) and 1108, it is necessary and in the best interest of the estate to employ an experienced auditor and accountant. Debtor desires to employ PBTK as auditor and accountant.

## II.
## JURISDICTION AND VENUE

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

6. The statutory basis for the relief sought herein arises from Sections 327, 328, 1107, and 1108 of the Bankruptcy Code, and Bankruptcy Rule 2014.

7. Venue of the Debtor's Bankruptcy Case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## III. BACKGROUND[3]

8. Debtor operates an equipment rental company that additionally sells new and used rental equipment, parts and supplies related to its rental equipment, and merchandise used by the construction industry. Further, Debtor provides maintenance and repair services. See Omnibus Declaration ¶ 8.

9. As of November 30, 2011, Debtor's rental fleet contains 37,320 total rental items, including 20,042 high reach units, including fork lifts, boom lifts, and scissor lifts. Debtor's rental fleet also contains 17,278 general rental units, including backhoes, skid steers, skiploaders, trenchers, compressors, generators, light towers, welders, lawn and garden equipment, and hand tools. Debtor's business operates through 74 branches located in 22 states. See id. ¶¶ 9-10.

10. Debtor's level of equipment rental revenue is sensitive to overall macro-economic conditions, particularly the level of activity within the non-residential construction industry, as well as to factors specific to Debtor, such as the size and condition of the Debtor's equipment rental fleet, the utilization level of this rental fleet, the level of rental rates, the length of time the equipment is on rent, and general weather conditions within the Debtor's geographic markets. See id. ¶ 11.

11. Because of its dependence on rental revenue from the non-residential construction industry, Debtor was adversely impacted by the severity and depth of the downturn in construction activity during the recent economic recession. Specifically, Debtor was impacted by a dramatic reduction in both new construction projects as well as the often-abrupt cancellation of projects for which construction had already begun, which caused the return to the Debtor of a significant amount of equipment on rent, causing a significant decline in equipment utilization, compounded by pressure on rental rates, leading to reduced revenues and levels of operating performance. Debtor's revenues were necessarily harmed in the wake of economic concerns both nationally and to a greater extent in the Las Vegas market as Debtor's ability to successfully

[3] The factual background events leading up to the filing of this Chapter 11 Case are set forth at length in the Omnibus Declaration. For brevity, not all of the facts set forth in the Omnibus Declaration have been repeated herein; rather, such facts are incorporated herein in their entirety by this reference.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

rent its equipment inventory purchased during periods of growth in the construction industry was adversely impacted during the recession. See id. ¶ 42.

## IV.
## RELIEF REQUESTED

12. It is necessary for Debtor to employ an auditor and accountant, and Debtor desires to employ PBTK as its auditor and accounting advisor in connection with this Chapter 11 Case. On May 16, 2011, Debtor and PBTK entered into a retention agreement (the "Engagement Agreement"), a true and correct copy of which is attached to the Piercy Declaration as Exhibit "A". See Piercy Declaration ¶ 4. PBTK's employment will be pursuant to the terms and conditions set forth in the Engagement Agreement, with compensation being paid from Debtor's estate in such amounts as the Court may hereafter allow. Through this Application, Debtor requests that this Court approve Debtor's employment of PBTK pursuant to the conditions described herein.

## V.
## SCOPE OF SERVICES

13. Consistent with the Engagement Agreement, PBTK will provide auditing and accounting services (the "Services") in this Chapter 11 Case, which may include, but are not limited to:

a. Auditing financial statements;

b. Reviewing quarterly financial statements;

c. Preparing lender compliance reports; and

d. Tax preparation services.

14. The Services will be unique to PBTK and will not be duplicated by other professionals that may be employed by Debtor in this Chapter 11 Case.

## VI.
## QUALIFICATIONS

15. Debtor has selected PBTK because PBTK and its professionals have considerable experience in providing clients with the scope of services it anticipates providing Debtor in this Chapter 11 Case. Because of such experience and knowledge in providing those Services that



Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

PBTK seeks to provide, Debtor believes that PBTK is well qualified to serve Debtor in an efficient and cost-effective manner.

16. Further, PBTK has provided auditing and accounting services to Debtor from the date of execution of the Engagement Agreement to the Petition Date. Due to its prior engagement by Debtor, PBTK has become familiar with Debtor's business, financial affairs, and debt structure. Accordingly, PBTK is in a unique position to provide the Services in an efficient and cost-effective manner.

17. For these reasons, PBTK is both well qualified and uniquely suited to deal effectively and efficiently with matters that may arise in the context of this Chapter 11 Case. Accordingly, Debtor submits that the retention of PBTK on the terms and conditions set forth herein is necessary and appropriate, is in the best interests of Debtor's estate, creditors, and all other parties-in-interest, and should be granted in all respects

## VII.
## DISINTERESTEDNESS

18. Debtor has provided to PBTK a list that consists of lenders and certain interested parties. To the best of PBTK's knowledge, and insofar as PBTS has been able to ascertain after reasonable investigation described herein, except as set forth in the Piercy Declaration, neither PBTK nor any of PBTK's professionals (i) have any present connections with Debtor, Debtor's creditors, or other parties-in-interest or (ii) hold or represent any interest adverse to the estate such that PBTK is disinterested persons within the meaning of 11 U.S.C. §§ 101(14) and 327 as modified by 11 U.S.C. § 1107(b). See id. ¶ 5. PBTK is thus disinterested within the meaning of Sections 101(14) and 327, as modified by Section 1107(b).

19. PBTK does not have any connection with the United States Trustee or any persons employed in the office of the United States Trustee. See id. ¶ 7. Finally, to the best of PBTK's knowledge, PBTK does not hold or represent any interest that would impair PBTK's ability to objectively perform the services contemplated herein. See id. ¶ 8.

. . .

. . .





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

## VIII.
## COMPENSATION

1. Within the one-year period immediately preceding Debtor's Petition Date, Debtor paid PBTK the sum of $81,168 for attestation and tax preparation and advisory services rendered in connection with the Engagement Agreement (none applied against a retainer prior to the Petition Date). PBTK is also not currently holding retainer. See id. ¶ 10.

20. PBTK has agreed to provide its Services on an hourly basis and according to the terms in the Engagement Agreement. As set forth in the Engagement Agreement, the compensation of the PBTK's professionals shall be at varying rates currently ranging from $335 per hour to $495 per hour for Principals, $255 per hour to $270 per hour for Managers, $155 per hour to $255 per hour for Senior Associates, and $115 per hour to $145 per hour for Staff Associates, subject to change from time to time as provided for in the Engagement Agreement, and all subject to application and approval by this Court pursuant to Sections 330 and 331 of the Bankruptcy Code. The foregoing are PBTK's current customary hourly rates, and PBTK and Debtor respectfully submit that such rates are reasonable. Such rates and ranges shall be subject to adjustments annually at such time as PBTK adjusts its rates. PBTK will also be reimbursed for reasonable out-of-pocket expenses incurred, which shall include, among other things, travel, airfare, taxi, lodging, mileage, out-of-town meals, photocopying, delivery service, postage, telephone, vendor charges and other out-of-pocket expenses incurred in providing professional services, as set forth in the Engagement Agreement. See id. ¶ 11.

21. Debtor understands that PBTK hereafter intends to apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, including but not limited to Sections 330 and 331, the Bankruptcy Rules, the Local Rules, and the Guidelines for Professional Compensation established by the Office of the United States Trustee, and further orders of this Court, for all services performed and expenses incurred on and after the Petition Date. It is further contemplated that PBTK may seek interim compensation during the Chapter 11 Case as permitted by Section 331 and Bankruptcy Rule 2016. PBTK understands that its compensation

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

is subject to any interim compensation orders entered by the Court and the relevant sections of the Bankruptcy Code, Bankruptcy Rules and local rules of this Court. See id. ¶ 12.

22. Debtor requests authority to compensate and reimburse PBTK in accordance with the payment terms set forth in the Engagement Agreement for all services rendered and expenses incurred in connection with Debtor's Chapter 11 Case, and all subject to application to, and approval by, this Court pursuant to Sections 330 and 331.

## IX.
## CONCLUSION

WHEREFORE, Debtor respectfully requests that it be authorized to employ PBTK as its auditor and accountant to perform the Services described above, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as may be allowed by the Court pursuant to the provisions of Sections 330 and 331. Debtor further requests

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

that such approval be granted *nunc pro tunc* to the Petition Date and for all such other and further relief as is just and proper.

DATED this 6th day of January, 2012.

AHERN RENTALS, INC.,
a Nevada corporation

By: [signature]
Name: Howard Brown
Its: Chief Financial Officer

Prepared and Submitted by:

GORDON SILVER

By: [signature]
GERALD M. GORDON, ESQ.
WILLIAM M. NOALL, ESQ.
THOMAS H. FELL, ESQ.
ERICK T. GJERDINGEN, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
[Proposed] Attorneys for Debtor

and

GREGG M. GALARDI
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, New York 10020
212-335-4640 Phone
212-884-8540 Fax
gregg.galardi@dlapiper.com
[Proposed] Attorneys for Debtor





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555