GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
KIRK D. HOMEYER, ESQ.
Nevada Bar No. 12402
E-mail: khomeyer@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
[Proposed] Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>AHERN RENTALS, INC.,<br>Debtor. | Case No.: BK-N-11-53860-BTB<br>Chapter 11<br><br>Date: OST PENDING<br>Time: OST PENDING |

**DECLARATION OF L. RALPH PIERCY IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF PIERCY BOWLER TAYLOR & KERN AS AUDITOR AND ACCOUNTANT**

I, L. Ralph Piercy, hereby declare as follows:

1. I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I am the President of Piercy Bowler Taylor & Kern ("PBTK"), a professional services firm engaged in the business of providing auditing, accounting and related professional consulting services.

3. Ahern Rentals, Inc. ("Ahern" or "Debtor"), debtor and debtor-in-possession in the above-referenced Chapter 11 Case (the "Chapter 11 Case"), desires to employ PBTK as auditor and accountant.

4. On May 16, 2011, Debtor and PBTK entered into a retention agreement (the "Engagement Agreement"), a true and correct copy of which is attached hereto as **Exhibit "A".**

5. Debtor has provided to PBTK a list that consists of lenders and certain interested parties. To the best of my knowledge, and insofar as I have been able to ascertain after reasonable investigation described herein, except as set forth herein, neither I nor any of PBTK's professionals (i) have any present connections with Debtor, Debtor's creditors, or other parties-in-interest or (ii) hold or represent any interest adverse to the estate such that PBTK is disinterested persons within the meaning of 11 U.S.C. §§ 101(14) and 327 as modified by 11 U.S.C. § 1107(b). .

6. None of the employees of PBTK has ever served as an officer or director of Debtor. PBTK is not an equity security holder of Debtor and PBTK has never received compensation for any services normally attributed to an officer or director of Debtor.

7. PBTK does not have any connection with the United States Trustee or any persons employed in the office of the United States Trustee.

8. Finally, to the best of my knowledge, PBTK does not hold or represent any interest that would impair PBTK's ability to objectively perform the services contemplated herein.

9. PBTK will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise, and if any new relevant facts or relationships are discovered, PBTK will supplement its disclosure to the Court.

10. Within the one-year period immediately preceding Debtor's Petition Date, Debtor paid PBTK the sum of $81,168 for attestation and tax preparation and advisory services rendered in connection with the Engagement Agreement (none applied against a retainer prior to the Petition Date). PBTK is also not currently holding retainer.

11. PBTK has agreed to provide its Services on an hourly basis and according to the terms in the Engagement Agreement. As set forth in the Engagement Agreement, the compensation of the PBTK's professionals shall be at varying rates currently ranging from $335 per hour to $495 per hour for Principals, $255 per hour to $270 per hour for Managers, $155 per

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

hour to $255 per hour for Senior Associates, and $115 per hour to $145 per hour for Staff Associates, subject to change from time to time as provided for in the Engagement Agreement, and all subject to application and approval by this Court pursuant to Sections 330 and 331 of the Bankruptcy Code. The foregoing are PBTK's current customary hourly rates, and PBTK and Debtor respectfully submit that such rates are reasonable. Such rates and ranges shall be subject to adjustments annually at such time as PBTK adjusts its rates. PBTK will also be reimbursed for reasonable out-of-pocket expenses incurred, which shall include, among other things, travel, airfare, taxi, lodging, mileage, out-of-town meals, photocopying, delivery service, postage, telephone, vendor charges and other out-of-pocket expenses incurred in providing professional services, as set forth in the Engagement Agreement

12. PBTK understands that its compensation is subject to any interim compensation orders entered by the Court and the relevant sections of the Bankruptcy Code, Bankruptcy Rules and local rules of this Court.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 29th day of December, 2011.

L. Ralph Piercy





Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555