# EXHIBIT
# A

EXHIBIT
A

EXHIBIT "A"

To the DECLARATION OF L. RALPH PIERCY
IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF PIERCY BOWLER TAYLOR & KERN AS
AUDITOR AND ACCOUNTANT

PBTK
PIERCY BOWLER
TAYLOR & KERN
Certified Public Accountants
Business Advisors

May 13, 2011

Kirk Hartle, Senior Vice President of Finance
Ahern Rentals, Inc.
4241 South Arville Avenue
Las Vegas, NV 89106

Dear Mr. Hartle:

We are pleased to have the opportunity to submit this letter, which sets forth our understanding of the terms and objectives of our engagement to provide professional services to Ahern Rentals, Inc. (the Company). Details of scope and limitations of services to be provided, and certain responsibilities of management with respect thereto, are attached. These attachments are an integral part of this agreement.

Our fees will be based on our standard hourly rates. Our fees and out-of-pocket costs will be billed semi-monthly as incurred. Any fee estimates provided, whether presented herein or not, are subject to change as a result of significant changes in business activities, such as a business acquisition, or other conditions affecting audit scope.

Subject to the provisions set forth in the attachments, our fees for the requested services are estimated as follows:

| | |
|---|---|
| Audit of financial statements | $ 90,000 |
| Quarterly financial statement review services ($15,000 per quarter) (fourth quarter review, if applicable, is included in the annual audit) | 45,000 |
| Lender compliance reports | 1,500 |
| Tax preparation services and advice will be billed at standard hourly rates | - |

This letter, including the integral attachments thereto, constitutes the complete understanding between Piercy Bowler Taylor & Kern, Certified Public Accountants & Business Advisors, a Professional Corporation and the Company relative to services to be rendered to the Company and supersedes all proposals and other communications, oral or written.

We are confident that we can meet or exceed the service expectations of the Company's Board of Directors and senior management and look forward to enjoying a mutually satisfying professional relationship for many years to come.

Please sign and return the enclosed confirmation copy of this letter authorizing us to proceed.

Very truly yours,

*PIERCY BOWLER TAYLOR & KERN*

L. Ralph Piercy, Engagement Principal

**ACCEPTED BY:** Kirk Hartle, Senior Vice President of Finance **DATE:** 5-16-11

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

## DEFINED TERMS USED HEREIN

| | |
|---|---|
| The Firm or PBTK | Piercy Bowler Taylor and Kern, Certified Public Accountants & Business Advisors, a Professional Corporation |
| The Company | Ahern Rentals, Inc. |
| Financial statements | The Company's financial statements and related disclosures, including any required supplementary, optional supplementary or other information |
| Those charged with governance or financial oversight | The Company's Board of Directors, audit committee, *etc.* |
| AICPA | American Institute of Certified Public Accountants |
| FASB | Financial Accounting Standards Board |
| ASC | Financial Accounting Standards Board, *Accounting Standards Codification* |
| CPA | Certified Public Accountant |
| Engagement documentation | The Firm's electronic or paper engagement work documentation |
| SEC | United States Securities and Exchange Commission |
| PCAOB | United States Public Company Accounting Oversight Board |
| SAS | AICPA Statements on Auditing Standards |
| IRS | Internal Revenue Service |
| IRC | Internal Revenue Code |
| USTD Circular 230 | United States Treasury Department Circular No. 230 |
| Optional supplementary information | Information presented outside the financial statements, excluding required supplementary information, that is not considered necessary for the financial statements to be fairly presented in accordance with accounting principles generally accepted in the United States. |
| Other information | Financial and non-financial information (other than the financial statements and the auditor's report thereon) that is included in a document containing audited financial statements and the auditor's report thereon. |

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

## NATURE AND SCOPE OF AUDIT SERVICES TO BE PROVIDED

**What we will audit.** We will audit the financial statements of the Company as of December 31, 2011, and for the year then ended prepared in accordance with accounting principles generally accepted in the United States.

Our engagement will also include procedures related to required supplementary, optional supplementary or other information that will accompany the financial statements.

**Use of professional judgment.** The nature of the services to be provided requires that we exercise professional judgment in connection with virtually every procedure applied and conclusion reached throughout the engagement, which judgment may vary from that of another professional in the same or similar circumstances.

**Engagement acceptance and retention.** It is understood and agreed that our acceptance of this engagement was contingent upon satisfactory results of certain "due diligence" investigative procedures. Such procedures may be updated periodically and evaluated with other information in connection with our decision to retain or discontinue the engagement, particularly in connection with any significant change in key management personnel or those charged with governance or financial oversight. These procedures may include, among other things, (1) inquiries with professionals whom the Company and those associated with the Company have had significant relationships, for example, its attorney(s), banker(s), and predecessor auditors/accountants, if any, primarily about matters reflecting upon the integrity of management or those charged with governance or financial oversight, and (2) the search of public records for other indications possibly reflecting upon the integrity and professional conduct of these individuals or groups of individuals. It is agreed that we shall be provided with any necessary authorization to enable such professionals as we may select to respond frankly to our inquiries in this regard, and the Social Security numbers and home (current and immediately preceding) addresses of such individuals and others as we deem necessary to facilitate such due diligence investigation. In addition, management agrees to notify us as soon as practical in the event of becoming aware of the impending resignation or other termination of the chief executive/operating and chief financial/accounting officer(s) enabling us to seek, at our discretion, a special representation letter from such individual(s) while still employed.

**How the audit will be conducted.** Our audit will be planned and conducted in accordance with professional standards and rules generally accepted in the United States as are applicable in the circumstances. Accordingly, our principal goal will be to obtain reasonable, but not absolute, assurance that the financial statements are free of material misstatement (regardless of cause including, but not limited to, errors, fraudulent financial reporting, misappropriation of assets and violations of laws, rules or regulations) for the purpose of expressing our professional opinion that they are presented fairly, in all material respects, in accordance with accounting principles generally accepted in the United States.

As required under applicable SAS, we will examine, on a test basis, evidence sufficient in our professional judgment to support the amounts and disclosures in the financial statements and to enable us to evaluate the overall financial statement presentation, including the completeness, accuracy, and clarity of related disclosures. In that regard, we will need to communicate with the Company's attorney(s), who may bill

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

the Company for preparing a response to our inquiries.

We will obtain an understanding and perform a preliminary assessment of the design effectiveness of internal control over financial reporting and update it annually, for the purpose of helping to determine the nature, timing, and extent (scope) of audit procedures needed to express our professional opinions on the financial statements. We will not express an opinion or any other form of assurance on the operating effectiveness of the Company's internal control over financial reporting unless provided for elsewhere in this letter or by a separate written letter of engagement.

The scope of our audit procedures will be based, in part, on our annual assessment of the risk that material misstatements might occur and not be detected and corrected, whether as a result of fraud or other illegal acts (including violations of any laws or regulations) or errors. A material misstatement is defined for this purpose as one that would cause the financial statements to be misstated by an amount that in our judgment would likely make a difference to the intended financial statement users, identified to us by management below, whether intentional or unintentional. Nevertheless, principally because of the inherent characteristics of fraud and other illegal acts, particularly when involving forgery and collusion, an audit can afford only reasonable, but not absolute, assurance of discovery of a material misstatement in the financial statements as a consequence of a fraud or other illegal act. We will not perform procedures designed to detect misstatements that are not material. However, if indications of possible fraud or other illegal acts (including violations of any laws or regulations) or errors come to our attention, we will report such matters to management and those charged with governance or financial oversight of the Company.

If necessary or requested, we will provide routine advice and recommendations to management with respect to its financial reporting obligations and as to the preparation of the financial statements, but only to an extent limited, as necessary in our sole judgment, to comply with relevant independence rules and regulations. Our responsibility with respect to such financial statements; however, shall be limited solely to matters relating to the scope and results of our services as will be described in our report. Accordingly, despite any preparation advice or recommendations that may be provided by us, management is solely and fully responsible for the Company's financial statements and the assertions made or implied therein.

**Intended users of the financial statements.** The Company's financial statements will be intended for the following third-party users and/or purposes and no others unless we are subsequently notified in writing:

- For distribution to selected significant creditors/prospective creditors.
- For distribution to bondholders and bond underwriters.

In the event we are notified in writing that the financial statements and our report thereon are to be provided to other users for other purposes, we reserve the right to apply additional procedures at our sole discretion, possibly subject to revised billing arrangements, before we authorize such additional distribution and use of our report.

**Reporting**. If, during the course of our engagement, we encounter circumstances that could preclude our

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

issuance of an unmodified standard report, we will notify management and those charged with governance or financial oversight and attempt to resolve the matter satisfactorily prior to the issuance of the related report.

The optional supplementary information presented with the financial statements will be presented for purposes of additional analysis and subjected to the procedures applied in our engagement relative to the financial statements. Therefore, we will express an opinion on the optional supplementary information in relation to the financial statements as a whole.

The other information presented with the financial statements will be presented for purposes of additional analysis. Although we will apply limited procedures to this information, we will not express an opinion or other form of assurance thereon.

If, as a result of our work, any matters come to our attention that, (1) in our judgment, represent significant deficiencies (including the most serious, called "material weaknesses") in internal control over financial reporting that we believe could adversely affect management's ability to record, process, and summarize financial data, and to produce reliable financial statements or to adequately safeguard its resources, or (2) constitute other reportable matters under professional standards such as, but not limited to, possible fraud or other illegal acts, we will communicate them to management and those charged with governance or financial oversight together with any other findings we believe warrant attention, and may offer related recommendations for improvement. If requested, we will be pleased to meet with management and/or those charged with governance or financial oversight, to discuss such matters. There can be no assurance that our services will discover all material weaknesses or other significant deficiencies in internal control over financial reporting.

All reports and other written communications issued by us relative to all services provided will be delivered and entrusted to an appropriate officer or management executive, who will be responsible for timely distribution to intended users or their representatives. We will not be responsible, ordinarily, for the distribution thereof to intended users.

Our written reports and other communications will be addressed to those charged with governance or financial oversight to whom we are obligated under professional standards to make certain required communications.

Any reports or other communications that we may issue in connection with these services may not be distributed or published in any document containing other material without the express written consent of our Firm, except as may be required by law or regulatory provision. It is our professional responsibility and policy to review any material containing financial information with which we are, or are likely to become, associated prior to approving its distribution. Accordingly, it is agreed that we shall be allowed the opportunity to review such material, for example, as may be included on a website, in a newsletter or in an annual report, that is intended to contain our report or any reference to our Firm, or any accounting or other significant financial information with which we are, or are likely to become, associated, at least in their final draft or printers' proof stage, and preferably earlier stages, as well, and to make necessary revisions as we may reasonably require, prior to any distribution outside of management and those charged with governance or financial oversight.

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

The required supplementary, optional supplementary or other information may not be distributed or published in any document containing a reference to any reports or other communications that we may issue in connection with the required supplementary, optional supplementary or other information without inclusion of such reports or other communications. Furthermore, if the required supplementary, optional supplementary or other information is not presented with the financial statements, you agree to make the financial statements readily available to the users of the required supplementary, optional supplementary or other information.

**Misstatements discovered in previously issued financial statements.** If misstatements or omissions are discovered in previously issued financial statements, it shall be management's responsibility to make a timely assessment of the materiality of such matters, both quantitatively and qualitatively and, in consultation with securities counsel, if applicable, and those charged with governance or financial oversight, to determine whether it is necessary to restate any financial statements affected or attempt to notify users of such financial statements, including regulatory agencies, that the financial statements are no longer to be relied upon. In no event shall any public notification be issued by management or any representative thereof without our advance approval of the content. In the event of a restatement, our fees for any additional work that we, in our sole discretion, determine must be performed in connection therewith shall be based on our then standard billing rates, plus any out-of-pocket expenses incurred.

**Management responsibilities and representations.** Management responsibilities include responding fully and truthfully to all inquiries made by us and understanding that the nature of the service(s) provided by us requires that our service team exercise professional judgment in connection with virtually every aspect of and throughout the engagement, and understanding that the nature of services to be provided by our Firm's service team requires the exercise of professional judgment in connection with virtually every aspect thereof, and that such professional judgments might vary from those of another professional in the same or similar circumstances. In addition, other management responsibilities include, but are not limited to, those listed in Attachment B, which is an integral part of this agreement.

At the conclusion of our engagement, it is agreed that management will provide us with a letter of representation that will reconfirm representations about material matters that were (or should have been) made to us during the course of the engagement and will acknowledge, among other things, the foregoing responsibilities of management for, (1) the financial statements, (2) maintaining effective internal control by designing, adopting, and implementing sound policies and procedures and, when required, documenting, testing and assessing its internal control over financial reporting, and (3) either making all proposed adjustments or determining, based on management's materiality assessments, if any proposed adjustments will not be made. Any proposed audit adjustments waived at management's request will be communicated to those charged with governance or financial oversight. This letter of representation will also set forth management's understanding of the term "material" for purposes thereof.

Because of a rapidly widening gap in the applicability (to either auditors or financial statement issuers) of certain professional standards, rules or regulations, dealing with accounting, internal control, auditing and auditors'/accountants' independence that depend significantly on the financial statement issuer's status as either privately-held *vs.* a current (or planned) SEC issuer (including, among other significant things, indemnification

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

clauses and the nature and extent of non-audit services that may be provided by independent auditors), it is agreed that we will be notified as soon as practical should management begin to consider a change in such status, for example, through a planned registration of securities or other transaction that would cause the financial statements to be filed with the SEC, or consolidated with the financial statements of another entity that is an issuer, or a planned "going private" transaction. In connection with such a change in status, we shall not be responsible for any noncompliance with any applicable standards, rules or regulations, or other requirements in the event we are not informed in a timely manner of such consideration or intent.

**Independence.** We hereby represent that, in addition to being duly licensed to perform this engagement, our Firm is independent under all applicable rules, regulations, and interpretations. In addition, we represent that we know of no relationships that a reasonable person might consider an impairment of our independence under such requirements with regard to this engagement.

## INTERIM FINANCIAL INFORMATION OR STATEMENT REVIEWS

We will review (quarterly), in accordance with applicable professional standards, the interim financial information or statements for all applicable periods and issue appropriate review reports.

A review in accordance with applicable SSARS is made for the purpose of expressing negative assurance that, based on the procedures performed, we did not become aware of any material modifications that should be made to the interim financial information or statements for them to be in conformity with accounting principles generally accepted in the United States. The scope of a review is limited principally to inquiries of management and other personnel, and applying selected analytical procedures to financial data. A review includes neither, (1) testing accounting records and gathering evidential matter to support the assertions implicit in the financial statements, nor (2) most other procedures that are ordinarily performed during an audit. Accordingly, review services cannot be relied upon to disclose misstatements, whether or not material, due to errors or fraudulent or other illegal acts, and is substantially less in scope than an audit performed in accordance with applicable auditing standards, the objective of which is the expression of an opinion regarding the financial statements, taken as a whole. Accordingly, we will not express such an opinion in our review report on the interim financial information or statements.

It is understood that management is solely responsible for the interim financial information or statements and other related matters. At the conclusion of each interim review, management will provide us with a letter of representation that will acknowledge the foregoing responsibilities of management for the interim financial information or statements and for maintaining sound internal control policies and procedures, and will reconfirm other representations about material matters that were (or should have been) made to us during the course of our work. These letters of representation will also set forth your understanding of the term "material" for purposes thereof and affirm that the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the period(s) under review are immaterial, both individually and, if applicable, in the aggregate, to the interim financial information or statements as a whole.

You hereby represent that it is agreed that management will not make mention of our interim review services in

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

the Company's without obtaining and including our signed review reports.

In the event a material error or other misstatement in any interim financial information or statements is discovered, the responsibilities and limitations previously set forth in the "Misstatements discovered in previously issued financial statements" section will be applied.

## TAX RETURN PREPARATION AND RELATED SERVICES

Subject to the following paragraph, our services will also include preparation of annual federal income tax returns and related tax planning and other tax advice as requested, subject to the limitations discussed below under "Services not specifically identified herein."

We will not perform any services that constitute representing the Company before the IRS if the representation involves a conflict of interest as defined in USTD Circular 230, Section 10.29, will be directly adverse to another client or is subject to a significant risk that it will be materially limited by our responsibilities to another client, a former client or a third person or by an interest of the Firm or one of its shareholders or professional employees except when each affected client gives informed, written consent and other conditions set forth in USTD Circular 230, Section 10.29 are met.

We will not perform, or agree to be separately engaged to perform, any tax services that are described in PCAOB Rule 3521 for the Company or an affiliate thereof. In addition, we will not perform, or agree to be separately engaged to perform, any tax services that are described in PCAOB Rule 3523 for any officer or other employee of the Company or an affiliate thereof who prepares or is in a position to exercise influence over the Company's or an affiliate's financial statements or any other tax services that would otherwise impair our independence with respect to the Company under any PCAOB or other applicable rules or regulations.

All tax services to be provided will be conducted in accordance with applicable Statements on Standards for Tax Practice, established by the AICPA and other requirements, most notably USTD Circular 230 and certain provisions of the IRC.

To protect our independent status, you hereby represent to us that Howard Brown, Chief Financial Officer, has been designated to oversee and accept responsibility on behalf of management for these tax services or any other services other than those involving reporting on the financial statements and that Howard Brown possesses suitable skill, knowledge, and/or experience to do so, meaning that Howard Brown understands the services performed sufficiently to oversee them, but is not required to possess the expertise to perform or re-perform the services. In that regard you agree that Howard Brown will be responsible, and hereby acknowledge responsibility, for all necessary management decisions and all necessary management functions, to evaluate the adequacy and results of the tax services performed, and to establish and maintain appropriate and effective internal controls, including monitoring ongoing activities with regard to such services and functions. We will be pleased to explain our recommendations to members of management and others to the extent necessary to enable them to make appropriate decisions, but we will not assume management's responsibility for making the decisions. Moreover, we shall not perform any services that are not pre-approved by those charged with

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

governance or financial oversight or of a type that would impair our independence as auditors/accountants under applicable standards, rules or regulations. Furthermore, it is understood and agreed that we will be using a third-party service provider, contractually subject to a confidentiality agreement, to assist us in preparing tax returns.

In preparing the tax returns or providing tax advice, we will generally take or recommend a favorable tax position when we believe there is "substantial authority" therefore. However, the IRS has given minimal guidance on the meaning of "substantial authority," which meaning becomes critical in determining the applicability of any related penalty for understated income. When questions arise in our judgment as to whether there is "substantial authority," we will discuss these questions with management and make a recommendation for management's determination of the position to be taken. When we believe there is a high degree of uncertainty as to whether "substantial authority" exists, we will select the favorable position only if, in our judgment, there is a "reasonable basis" for the position, and management agrees that it is to be disclosed on the applicable return. However, we cannot be responsible for such management determinations or for any subsequent determinations by the IRS that they are incorrect based on its interpretations of applicable law and other requirements.

The IRS holds the taxpayer ultimately responsible for its tax returns and for the effect thereon of any tax advice implemented, regardless of its source. Our services with respect to preparing income tax returns will consist solely of minimal procedures sufficient to enable us to sign the standard tax preparer's declaration. The tax preparer's declaration does not require us to examine or verify supporting data. In fulfilling our obligation to exercise due diligence in preparing a return, we will ordinarily rely on information furnished by management unless it appears to be incorrect, incomplete, or inconsistent, either internally or with respect to the financial statements. Unless specifically engaged to do so, we will perform no other procedures with respect to the information submitted to us for use in preparation of the returns. The taxpayer is responsible for retaining required supporting documentation (*i.e.*, business use of automobiles, travel and entertainment expenses, *etc.*).

In addition, the taxpayer is responsible for any penalties incurred for "substantial understatement" of income, for providing true and complete information to us, and for timely tax return filing. Our ability to prepare the tax returns timely will depend on management's ability to provide us timely with the necessary information to prepare the returns and, if applicable, complete related financial statement services (such as audits or reviews of the financial statements).

To ensure compliance with USTD Circular 230 requirements imposed by the IRS, please be informed that any communications from us containing tax advice shall not be intended to be used, and shall not be used, for the purpose of avoiding tax related penalties under the IRC or promoting, marketing or recommending to another party any transaction or matter addressed therein, and that all such communications shall contain notification to that effect.

**SERVICES NOT SPECIFICALLY IDENTIFIED HEREIN**

We will also be available to provide, on an as requested basis, other management consulting services, if

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

permissible in our judgment under applicable independence requirements (see OTHER TERMS, Limitations on services to be provided, below), and in accordance with established professional standards and rules applicable to such services, for example, in connection with financial or business matters. However, except for the hourly billing rates listed below, neither this letter nor any fee estimates included herein are intended to cover any services not described herein. In the event that significant additional or alternative professional services are requested, possibly upon our recommendation, or are determined to be required, it is probable that a supplemental or revised letter of engagement will be required setting forth the nature and limitations of such additional or alternative services and the terms under which we will perform them.

We will not accept responsibility for any management decisions or functions or perform any work that may be considered beyond routine advice or that may put us in a position of auditing our own work, for example, designing or implementing a new accounting system, or performing extensive valuation services, such as may be related to infrastructure assets. Accordingly, our services will not include, for example:

- Serving as a member of management or a governance body
- Developing policies or making policy decisions affecting the direction of operations
- Supervising employees
- Authorizing transactions
- Maintaining custody of the Company's assets

## FEES, TIMING AND BILLING ARRANGEMENTS

Except as otherwise explained elsewhere herein, our fees for the services described herein will be based on our Firm's standard hourly billing rates, as summarized below, which, in turn, are based generally on the various experience levels of those assigned to perform the services. Our current standard hourly billing rates, which are subject to change without notice, are as follows:

| | |
|---|---|
| ♦ Principals | $ 335-495 |
| ♦ Managers | $ 255-270 |
| ♦ Senior Associates | $ 155-255 |
| ♦ Staff Associates | $ 115-145 |

Any estimate of time and fees provided, whether or not presented herein, has been or will be made in reliance on information provided to us by management, excludes any time or fees for additional services as may be necessary or requested, and is or will be subject to change as a result of any significant changes in business activities (such as a business acquisition or disposal, or other conditions increasing or decreasing engagement scope). In other words, future years' fees may increase or decrease based on then current conditions.

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

Timely completion of our services for the estimated fee, if any, will, of course, depend, among other things, on our receiving the expected level of cooperation of management and staff, for example, by providing analysis schedules and other requested documents, and by responding to our questions, accurately and timely as scheduled. We will provide appropriate personnel with lists of such analysis schedules and other documentation required before the fieldwork begins and subsequently, as needed. Management's failure to provide requested material in time to meet any statutory or other deadline could result in monetary penalties or other adverse consequences for which we will not be responsible.

Further, extreme deadline pressures not only make us inefficient and ordinarily result in our incurring time and fees in excess of our estimates, but also disrupt our practice and impair the quality of service we strive to provide to all our clients. Accordingly, we cannot be responsible for meeting completion and/or statutory filing deadlines if management does not provide us with all requested documents and information and access to appropriate management and other personnel in sufficient time to allow us to complete our work and resolve any open issues to our satisfaction without undue pressure or hardship.

Should we encounter unforeseen difficulties or delays in completing the engagement or other circumstances that cause us to significantly increase our estimated time and fees, we will advise management and those charged with governance or financial oversight, as appropriate, before proceeding so we can consider whether management can assist us in minimizing time to be spent. However, it is frequently not practical to make meaningful estimates of additional costs to be caused by inadequate or untimely assistance as a result of other constraints, such as unreasonably short deadlines and resultant staff scheduling inefficiencies.

Except as otherwise provided for herein, fees and out-of-pocket expenses will be billed twice monthly as the work progresses, and our invoices will be payable upon presentation. An additional finance charge of 1% per month will be added in the event of payment later than 30 days after invoicing or otherwise due. Unless satisfactory alternative arrangements are made, it is understood that failure to pay our invoices timely could impair our independence and may result in discontinuance of our services.

**OTHER TERMS**

**Term of agreement.** Subject to a new letter of engagement, it is agreed that this agreement is expected to renew annually for subsequent years, under substantially the same terms unless and until terminated by either party for any reason or amended in writing, for example, for changes in fee arrangements or other clarification or modification of terms. Nevertheless, our engagement will be considered complete each year following the rendering of all reports and communications agreed to on an annual basis. However, in the event of a significant change in management, or the composition of those charged with governance or financial oversight, continuation of these arrangements will be subject to the results of our normal investigatory client acceptance procedures and our approval of new management or other key personnel.

**Limitations on services to be provided.** In performing the foregoing and any other services, we will not perform or accept responsibility for any management functions or management decisions for the Company, all of which shall be the sole responsibility of the Company's management. Therefore, it is agreed that

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

management shall be responsible to establish and maintain appropriate internal controls, to evaluate and accept responsibility for any implementation decisions and for assessing the adequacy of any accounting and non-attest services we may be asked to perform and for the results thereof, and to designate an individual who possesses suitable skill, knowledge, and/or experience to oversee such services and will advise us of this designation, in writing.

**Conflicts of interest and other issues.** In the unlikely event that a potential conflict of interest, significant client-imposed scope restriction, or other issue arises that, in our sole judgment, (1) affects our ability to provide services in accordance with applicable regulatory requirements, ethical, or other professional standards, or (2) causes us to doubt the credibility of management's representations, we may be required to suspend our services until a satisfactory resolution can be achieved, or we may have to terminate our services and resign from the engagement.

**Confidentiality and access to and maintenance and retention of engagement documentation.** Please be assured that consistent with our professional responsibility, we will keep confidential all client information obtained during the course of providing services, subject to the following provisions:

- It is understood and agreed that our engagement documentation may be required to be reviewed by others in connection with a legal or regulatory proceeding or by regulators or other professionals similarly bound by confidentiality requirements if selected for inspection in connection with our system of quality control or a professional practice monitoring program.

- It is understood and agreed that we shall have unrestricted, direct access to any attorney engaged by the Company, who, likewise, shall be duly authorized to discuss any legal matters without other specific authorization and without regard to client confidentiality, subject to any applicable attorney-client and accountant-client privileges.

- It is understood and agreed that, from time to time, when and if deemed necessary in our sole judgment, we have your permission to consult with other CPAs outside of our Firm with whom we have relationships and who are bound by the same ethical restrictions applicable to all CPAs as to certain complex technical accounting and related matters. The costs of such consultations, generally at hourly rates similar to our own, will be included in our billings to the Company, as out-of-pocket expenses.

- During the course of our engagement, it may be necessary or desirable to transmit confidential information electronically by e-mail or other means to or from the Company or other authorized individuals or entities assisting in the engagement. Such communications will be appropriately encrypted when required by law. However, e-mail travels over the public internet, which is not a secure means of communication; and therefore, despite any encryption or written notification to readers of the confidentiality of the contents of these communications, it is understood that such confidentiality may be compromised. Nevertheless, the Company agrees to our use of e-mail or other electronic methods as appropriate in our judgment to transmit and receive confidential information to such persons or entities to whom we may otherwise be authorized to communicate in connection with our engagement. Furthermore, the Company also agrees to retain any electronic communication received from us for no longer than a reasonable time as may be necessary to serve its intended purpose and to comply with any statutory record retention requirements and those of the Company's own written policies.

- In the event we receive a duly issued subpoena or summons requesting that we produce documents or testify in regards to this engagement, unless we are advised that we are legally prohibited from doing so, we will notify management and those

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

charged with governance or financial oversight prior to responding, thus enabling an attorney to initiate, during the allowed time for responding, any such legal action as the attorney deems appropriate to protect such information from discovery at the Company's expense. Although an accountant-client privilege may exist for certain proceedings, it is agreed that we are not under any obligation to assert such privilege at our expense to protect any such information from discovery. In the event access to our engagement documentation is otherwise requested by any regulatory agency, we will not permit such access without the Company's permission unless advised that we are legally required to do so.

Except as otherwise provided in this paragraph, all engagement documentation prepared or accumulated by us in support of our report(s) on the financial statements and, if applicable, the tax returns will remain our property at all times, and it is agreed that they will be retained by us for a limited time in accordance with all applicable professional, legal, and regulatory requirements and our normal record retention/destruction policies and practices, but no less than seven years following the completion or other termination of our services for each period (except for certain records relative to audit engagements subject to the standards of the PCAOB that are terminated without issuance of a report) after which they will no longer be available. It is understood and agreed that under our normal record retention/destruction policies and practices, such records may be stored off premises in a public facility, and may ultimately be destroyed by a third-party service provider, all subject to appropriate security measures. We are not responsible to maintain records on the Company's behalf in support of the financial statements or tax returns and we will not be responsible to the Company for loss or damage to our engagement documentation or the Company's documents as a result of catastrophic events, physical deterioration, or as a result of the application of our own record retention/destruction policies and practices in accordance with all applicable laws and regulations. Original paper documents and other records provided to us by you in connection with our engagement shall remain the Company's property and will be returned to appropriate management or other designated employees as soon as practical following completion of the engagement. It shall be the management's responsibility to retain and protect the Company's records for possible future use, including potential examination by any government or other regulatory agencies and otherwise pursuant to required records and retention statutes and regulations. Legal or other professional counsel should be obtained by the Company for guidance on any specific statutory or regulatory requirements that may apply or specific records and retention policies that may be mandated.

In the event our services are terminated for any reason, subject to our withholding of certain information that we, in our sole judgment, may regard as proprietary, we will make our engagement documentation available to, and respond to inquiries of, a successor, consistent with professional standards, but only, (1) with regard to completed services, (2) if we are duly authorized by management to do so, and (3) if all of the following other conditions have been met:

- All our invoices have been paid, and satisfactory arrangements have been made for payment for any time and costs to be incurred in that connection.
- The successor executes a letter of understanding as to the use of information provided that we determine to be appropriate.
- We have not withdrawn from the engagement as a result of matters involving possible fraud or other illegal acts by management, client-imposed scope restrictions or other significant matters reflecting adversely on our perceptions of management integrity.

# ATTACHMENT A
# DETAILS OF SCOPE AND LIMITATIONS OF SERVICES

- There are no pending or threatened claims or litigation matters or ongoing regulatory investigations against our Firm with regard to any services provided or contracted for.

In the event our services are terminated prior to their completion for any reason, or if we decide in our sole discretion to withdraw from the engagement as a result of nonpayment (or slow payment) of fees or matters involving possible fraud or other illegal acts by management, client-imposed scope restrictions, threatened claims or litigation, or other significant matters reflecting adversely on our perceptions of management integrity, the Company shall be liable for fees and expenses that are incurred during the succeeding 45 days following termination in the processes of file review and assembly in preparation for storage and retention pursuant to applicable professional standards and regulatory or statutory requirements and any applicable interest charges incurred during that period and thereafter.

# ATTACHMENT B
# MANAGEMENT RESPONSIBILITIES

**Management responsibilities.** Management responsibilities include responding fully and truthfully to all inquiries made by us and understanding that the nature of the service(s) provided by us requires that our service team exercise professional judgment in connection with virtually every aspect of and throughout the engagement, and understanding that the nature of services to be provided by our Firm's service team requires the exercise of professional judgment in connection with virtually every aspect thereof, and that such professional judgments might vary from those of another professional in the same or similar circumstances. In addition, other management responsibilities include, but are not limited to, the following:

**Transactions, records, estimates, adjustments and financial reporting:**

- Authorizing, initiating, processing, and reporting transactions only in connection with the legitimate business purposes and best interests of the Company, including, but not limited to, all related party and other transactions outside the normal course of business, if any.

- Ensuring that such transactions comply with all applicable laws, regulations, and contractual agreements.

- Ensuring appropriate classification and reporting of equity and changes therein, in accordance with accounting principles generally accepted in the United States and, when applicable, in accordance with resource restrictions.

- Ensuring that all material transactions have been recorded in the financial records underlying the financial statements including, but not limited to, related party transactions, sales or purchases of goods or services, loans, transfers, leasing arrangements or guarantees and related amounts receivable or payable.

- Providing to us the financial records and related data underlying the financial statements, including, but not limited to, minutes and related resolutions (or accurate and complete summaries of discussions held and actions taken) of all meetings of those charged with governance or financial oversight and ensuring that such minutes or summaries include and fairly describe all decisions made and actions taken by the respective bodies that bear significantly on the financial statements.

- Identifying, and disclosing to us, all fair value estimates contained in the financial statements including, specifically, those that are susceptible to material revision as a result of evolving events that have reasonable possibility of occurrence and informing us of the key factors and significant assumptions that underlie those estimates.

- Ensuring that all assets and liabilities recorded in the financial statements at fair value are appropriately segregated into and reported by fair value measurement input categories ("Level 1", "Level 2" or "Level 3") based upon appropriate methods and assumptions, and that all reasonable, appropriate and practical steps necessary to objectively estimate the fair value of such assets and liabilities including those that do not have readily determinable market values are taken and appropriately documented.

- Understanding that the service(s) provided by us will not include preparing, or accepting any responsibility to prepare or assist in the preparation of, any fair value estimates to be contained in the financial statements.

- Identifying, and disclosing to us, all recorded accounting estimates, including all asset valuation allowances and ensuring that such estimates are reasonable in the circumstances and represent management's best judgment considering all reasonably available facts, including management's knowledge and experience about past events and current circumstances, and expected courses of action.

- Evaluating and recording adjustments to the books of account for financial statement misstatements identified by us or by

# ATTACHMENT B
# MANAGEMENT RESPONSIBILITIES

you, if any, during the course of our engagement and disclosing to us all misstatements that will remain unadjusted due to management's perception of immateriality, both individually and, if applicable, in the aggregate.

- Ensuring the fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States.
- Ensuring the fair presentation of required supplementary, optional supplementary or other information in accordance with accounting principles generally accepted in the United States.
- Ensuring that the financial statements include all disclosures required by applicable accounting standards, laws and regulations.
- Identifying, and disclosing to us, all significant changes in business activities, accounting practices or internal controls that might materially affect the financial statements.
- Reviewing and approving the final draft of the financial statements prior to issuance.
- Identifying, and disclosing to us, all changes in accounting principles to new methods of accounting that are preferable to the accounting principles previously used including the reason for such changes.
- Identifying, and disclosing to us, all accounting principles for which management has opted to delay the adoption thereof until required to do so including the expected future effect of adoption.
- Identifying, and disclosing to us, all related parties and transactions therewith including related amounts receivable or payable and ensuring that such transactions and balances are appropriately reported and disclosed in the financial statements in accordance with accounting principles generally accepted in the United States.
- Identifying, and disclosing to us, all concentrations of credit or other business or economic risks (including, but not limited to, customers, suppliers, lenders, products, services, sources of labor or materials, franchise or other licenses, operating areas, markets, *etc.*).
- Identifying, and disclosing to us, all matters regarding the financial stability of depository banks or other financial institutions that might affect our judgment about the significance of any risk of loss associated with uninsured deposits or investments.
- Understanding that our services will not include performing an evaluation of the financial stability or qualifications of depository banks, other financial institutions or other service organizations including, but not limited to, computer service bureaus, investment advisors, brokers and agents.
- Identifying, and disclosing to us, all material receivables and ensuring that such receivables represent valid claims arising as a result of sales, loans or advances or other transactions occurring on or before the end of the most recent financial statement period to be presented and are reduced to their estimated net realizable value by appropriate collection and/or other applicable valuation allowances.
- Identifying, and disclosing to us, all material investments (*i.e.*, marketable debt and equity securities or unconsolidated investees) and other financial instruments, including any significant concentrations of market risk associated with such investments and financial instruments and ensuring that such investments and financial instruments are classified, valued and accounted for appropriately, in accordance with accounting principles generally accepted in the United States.

# ATTACHMENT B
# MANAGEMENT RESPONSIBILITIES

- Identifying, and disclosing to us, all relationships with unconsolidated investees or affiliates that may reasonably constitute "variable interest entities" that might be subject to consolidation now or in the future.
- Identifying, and disclosing to us, all plans or intentions that may materially affect the carrying value or classification of any reported assets or title thereto.
- Identifying, and disclosing to us, all material intangible assets and ensuring such assets are classified, valued and accounted for appropriately, in accordance with accounting principles generally accepted in the United States.
- Identifying, and disclosing to us, obsolete, damaged, slow-moving, excessive or otherwise unsaleable or overvalued inventories, or commitments to purchase inventory quantities in excess of normal requirements or at a price in excess of market.
- Identifying, and disclosing to us, short-term obligations that have been excluded from current liabilities because of both the intent and ability to refinance (or have refinanced) the obligations on a long-term basis under the terms of an executed agreement.
- Identifying, and disclosing to us, all debt covenants including, specifically, those that have been violated and/or an event of default has occurred, or those for which correspondence from lenders related to possible debt covenant violations or events of default has been received.
- Identifying, and disclosing to us, all matters of pending or threatened litigation, asserted or unasserted claims or assessments that lawyers have advised or that you are otherwise aware of that are probable of assertion and/or that could have a material effect on the financial statements.
- Identifying, and disclosing to us, all contribution and/or defined benefit plans, including, specifically, those for which there are plans or intentions to terminate or materially modify and ensuring that such plans are classified, valued and accounted for appropriately, in accordance with accounting principles generally accepted in the United States.
- Understanding that we will neither determine nor opine as to solvency or insolvency for bankruptcy or other purposes since such would be a legal determination that may be made only by a court.
- Identifying, and disclosing to us, all matters that are material and relevant to the ability to continue as a going concern, and management's plans to address such matters and understanding that we will, when applicable, make reference in our report(s) as to uncertainty about the ability to continue as a going concern.
- Identifying, and disclosing to us, all operating segments and ensuring that such segments are classified and accounted for appropriately, in accordance with accounting principles generally accepted in the United States.
- Identifying, and disclosing to us, all assets and liabilities valued with the assistance of a valuation specialist and ensuring that an objective evaluation of the specialist's qualifications to perform the assignment was appropriately performed and documented.
- Ensuring compliance with relevant IRC sections and related regulations that comprise the documentation standards for travel and entertainment deductions and for maintaining appropriate and necessary records to support income tax deductions for such expenses.

# ATTACHMENT B
# MANAGEMENT RESPONSIBILITIES

- Identifying, and disclosing to us, all positions taken on the tax returns that do not meet the "more-likely-than-not" recognition criterion as specified by ASC 740-10-25-5 (originally issued as FASB Interpretation No. 48).

- Identifying, and disclosing to us, as applicable, all activities that could cause a change in, (1) tax-exempt status, classification as a publicly supported charitable organization or the deductibility of contributions by donors, or (2) "pass-through" status as an S-Corporation, partnership (including general and limited partnerships) or limited liability company.

- Evaluating events or transactions that have occurred subsequent to the end of the most recent financial statement period to be presented, but before the financial statements are issued or available for issuance (subsequent events) for recognition and disclosure in accordance with accounting principles generally accepted in the United States.

- Identifying, and disclosing to us, any plans for the issuance of public debt (*i.e.*, municipal bonds including revenue bonds) during the year subsequent to the end of the most recent financial statement period to be presented.

- Evaluating, reviewing, and approving all non-attest services performed by us including, but not limited to, any financial statement preparation assistance, analysis, and/or adjustments proposed by us and for designating appropriate management personnel to oversee such services and for ensuring that the designated person possesses suitable skills, knowledge, and/or experience to do so.

## Internal control over financial reporting and fraud:

- Designing, implementing, establishing and maintaining effective internal control over financial reporting that provides reasonable assurance that, (1) the financial statements are fairly presented in conformity with accounting principles generally accepted in the United States, (2) resources are adequately safeguarded, (3) there is compliance with all applicable laws, regulations and contractual requirements, and (4) fraudulent and other illegal acts are detected and prevented, including those involving fraudulent financial reporting or misappropriation of assets possibly leading to financial statement misstatements.

- Evaluating the qualifications of all service organizations employed including, but not limited to, computer service bureaus, financial institutions, investment advisors, brokers and agents engaged, particularly as to their integrity and ability to perform the services requested in accordance with management's authorization(s), and ensuring that there is no use of, or reliance on, any services that we perform in making these evaluations.

- Identifying, and disclosing to us, any fraud that is either material, probably material or that, although not material, involves management or other employees who have a significant role in internal control over financial reporting.

- Identifying, and disclosing to us, any communication from or actions by law enforcement or regulatory agencies concerning possible, alleged or suspected fraud, deficiencies in financial reporting practices or other noncompliance with laws, regulations or contractual requirements or any other illegal acts.

- Assessing the expected benefits and the related costs of all control procedures, including any additional or alternative procedures recommended by us.

- Considering the cause(s) of proposed adjustments (whether or not made and without distinction between those proposed by management or us), if any, including those that may have resulted, in whole or in part, from deficiencies in the design and operation of related controls.

- Identifying, and disclosing to us, any changes in internal control over financial reporting or any other factors, subsequent to

# ATTACHMENT B
# MANAGEMENT RESPONSIBILITIES

the end of the most recent financial statement period to be presented that might significantly affect internal control over financial reporting, including any corrective actions taken by management with regard to any identified material weaknesses and other significant deficiencies.

- Understanding that a *deficiency* in internal control over financial reporting exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis. A *material weakness* is a deficiency, or combination of deficiencies, such that there is a reasonable possibility that a material misstatement of the financial statements will not be prevented or detected. A *significant deficiency* is a deficiency, or combination of deficiencies, that is less severe than a material weakness yet important enough to merit attention by those charged with governance.

- Continually assessing the effectiveness of internal control over financial reporting including disclosure controls, without using or relying upon procedures performed by us.

- Identifying, and disclosing to us, all known deficiencies in the design or operation of internal control over financial reporting, including disclosure controls, that were identified as part of management's assessment or otherwise, including, specifically, identifying all such deficiencies that are material weaknesses and other significant deficiencies, if any.

- Communicating all control deficiencies identified by management, or us during our current engagement or as a result of previous engagements, if any, to those charged with governance or financial oversight and ensuring they are appropriately resolved.