# **Exhibit A**

Debtor's Second Amended Plan
Summary by Class

| Class | Members Voted | Members Accepted | Members Rejected | Percentage Members Accepted | Percentage Members Rejected | Total Amount Voted | Amount Accepted | Amount Rejected | Percentage Amount Accepted | Percentage Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 56 | 8 | 48 | 14.29% | 85.71% | $218,296,036.00 | $277,036.00 | $218,019,000.00 | 0.13% | 99.87% |
| 3 | 1 | 1 | 0 | 100.00% | 0.00% | $266,124.67 | $266,124.67 | $0.00 | 100.00% | 0.00% |
| 6A | 1 | 0 | 1 | 0.00% | 100.00% | $1.00 | $0.00 | $1.00 | 0.00% | 100.00% |
| 6B | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6C | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6D | 2 | 1 | 1 | 50.00% | 50.00% | $3,250,000.00 | $3,000,000.00 | $250,000.00 | 92.31% | 7.69% |
| 6E | 1 | 1 | 0 | 100.00% | 0.00% | $28,583.27 | $28,583.27 | $0.00 | 100.00% | 0.00% |
| 6F | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6G | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6H | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6I | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6J | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6K | 1 | 0 | 1 | 0.00% | 100.00% | $500,000.00 | $0.00 | $500,000.00 | 0.00% | 100.00% |
| 6L | 1 | 1 | 0 | 100.00% | 0.00% | $10,000.00 | $10,000.00 | $0.00 | 100.00% | 0.00% |
| 7 | 304 | 292 | 12 | 96.05% | 3.95% | $3,288,418.02 | $3,064,070.48 | $224,347.54 | 93.18% | 6.82% |
| 8 | 111 | 111 | 0 | 100.00% | 0.00% | $136,120.81 | $136,120.81 | $0.00 | 100.00% | 0.00% |

In re Ahern Rentals, Inc.,
Case No. 11-53860 (btb)

Debtor's Second Amended Plan
Class 2 Detail Report

| CUSIP Number | Creditor Name | Date Received | Date Signed | Voting Amount | Total Votes | Votes Accept | Votes Reject | Votes Abstain | Total Dollars | Dollars Accept | Dollars Reject | Dollars Abstain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 008674 AB 9 | BROWN BROS | 5/9/13 | 5/9/13 | $725,000.00 | 1 | 0 | 1 | 0 | $725,000.00 | $0.00 | $725,000.00 | $0.00 |
| 008674 AB 9 | MORGAN STANLEY SMITH BARNEY | 5/7/13 | 5/7/13 | $3,000.00 | 1 | 1 | 0 | 0 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | TD AMERITRADE | 5/10/13 | 5/13/13 | $140,000.00 | 1 | 0 | 1 | 0 | $140,000.00 | $0.00 | $140,000.00 | $0.00 |
| 008674 AB 9 | NFS LLC | 5/1/13 | 5/1/13 | $78,000.00 | 6 | 4 | 2 | 0 | $78,000.00 | $19,000.00 | $59,000.00 | $0.00 |
| 008674 AB 9 | JPMC CLEAR | 5/9/13 | 5/9/13 | $28,310,000.00 | 1 | 0 | 1 | 0 | $28,310,000.00 | $0.00 | $28,310,000.00 | $0.00 |
| 008674 AB 9 | CS SEC USA | 5/13/13 | 5/13/13 | $4,816,000.00 | 3 | 0 | 3 | 0 | $4,816,000.00 | $0.00 | $4,816,000.00 | $0.00 |
| 008674 AB 9 | E*TRADE | 5/1/13 | 5/1/13 | $355,000.00 | 3 | 2 | 1 | 0 | $355,000.00 | $255,000.00 | $100,000.00 | $0.00 |
| 008674 AB 9 | CITADEL | 5/6/13 | 5/6/13 | $36.00 | 1 | 1 | 0 | 0 | $36.00 | $36.00 | $0.00 | $0.00 |
| 008674 AB 9 | PERSHING | 5/13/13 | 5/13/13 | $124,159,000.00 | 3 | 0 | 3 | 0 | $124,159,000.00 | $0.00 | $124,159,000.00 | $0.00 |
| 008674 AB 9 | GOLDMAN LP | 5/13/13 | 5/13/13 | $3,200,000.00 | 1 | 0 | 1 | 0 | $3,200,000.00 | $0.00 | $3,200,000.00 | $0.00 |
| 008674 AB 9 | DEUTSCHE | 5/10/13 | 5/13/13 | $1,800,000.00 | 2 | 0 | 2 | 0 | $1,800,000.00 | $0.00 | $1,800,000.00 | $0.00 |
| 008674 AB 9 | UBS SECLLC | 5/9/13 | 5/10/13 | $1,500,000.00 | 1 | 0 | 1 | 0 | $1,500,000.00 | $0.00 | $1,500,000.00 | $0.00 |
| 008674 AB 9 | BANK OF NY | 5/10/13 | 5/13/13 | $21,596,000.00 | 9 | 0 | 9 | 0 | $21,596,000.00 | $0.00 | $21,596,000.00 | $0.00 |
| 008674 AB 9 | BNYMEL/TST | 5/10/13 | 5/13/13 | $2,250,000.00 | 5 | 0 | 5 | 0 | $2,250,000.00 | $0.00 | $2,250,000.00 | $0.00 |
| 008674 AB 9 | SSB&T CO | 5/9/13 | 5/10/13 | $6,284,000.00 | 8 | 0 | 8 | 0 | $6,284,000.00 | $0.00 | $6,284,000.00 | $0.00 |
| 008674 AB 9 | JPMCB/CTC | 5/13/13 | 5/13/13 | $1,125,000.00 | 2 | 0 | 2 | 0 | $1,125,000.00 | $0.00 | $1,125,000.00 | $0.00 |
| 008674 AB 9 | BNY/OZ MAS | 5/10/13 | 5/13/13 | $16,903,000.00 | 1 | 0 | 1 | 0 | $16,903,000.00 | $0.00 | $16,903,000.00 | $0.00 |
| 008674 AB 9 | MITSUB UFJ | 5/10/13 | 5/13/13 | $3,552,000.00 | 6 | 0 | 6 | 0 | $3,552,000.00 | $0.00 | $3,552,000.00 | $0.00 |
| 008674 AB 9 | NOMURA FIX | 5/13/13 | 5/13/13 | $1,500,000.00 | 1 | 0 | 1 | 0 | $1,500,000.00 | $0.00 | $1,500,000.00 | $0.00 |
| | | | | | | | | | | | | |
| | **TOTAL:** | | | | 56 | 8 | 48 | 0 | | | $277,036.00 | $218,019,000.00 | $0.00 |

Page 1 of 1

Debtor's Second Amended Plan
Class 3 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 3 | 390 | 05/08/2013 | Kubota Tractor Corporation | $266,124.67 | Accept |

Debtor's Second Amended Plan
Class 6A Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 6A | 376 | 05/07/2013 | LARRY CAUDELL | $1.00 | Reject |

Debtor's Second Amended Plan
Class 6D Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 6D | 34 | 04/16/2013 | JONATHAN MILLER | $3,000,000.00 | Accept |
| 6D | 407 | 05/10/2013 | Ramiro Tinoco | $250,000.00 | Reject |

Debtor's Second Amended Plan
Class 6E Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 6E | 177 | 04/22/2013 | Mike Chambers | $28,583.27 | Accept |

Debtor's Second Amended Plan
Class 6K Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 6K | 440 | 05/13/2013 | GHULAM RAZA | $500,000.00 | Reject |

Debtor's Second Amended Plan
Class 6L Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 6L | 133 | 04/19/2013 | Jackie Elliott | $10,000.00 | Accept |

Debtor's Second Amended Plan
Class 7 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 7 | 109 | 04/17/2013 | 1-WAY AUTO CARE | $405.00 | Accept |
| 7 | 308 | 05/02/2013 | 24 HOUR TIRE | $14,254.95 | Accept |
| 7 | 413 | 05/10/2013 | A-1 FIRE EQUIPMENT CO INC | $743.75 | Accept |
| 7 | 300 | 05/02/2013 | A-1 INDUSTRIAL HOSE & SUPPLY | $4,478.23 | Accept |
| 7 | 168 | 04/22/2013 | A-1 NATIONAL FIRE CO | $300.00 | Accept |
| 7 | 227 | 04/29/2013 | A-1 TRANSPORT/FREIGHT CO | $4,050.00 | Accept |
| 7 | 199 | 04/25/2013 | ABC SMOG & TEST ONLY | $170.00 | Accept |
| 7 | 309 | 05/02/2013 | AC MOBILE | $200.00 | Accept |
| 7 | 260 | 04/30/2013 | Access Platform, Inc | $3,665.00 | Accept |
| 7 | 165 | 04/19/2013 | Ace Hardware Corporation | $98,383.93 | Accept |
| 7 | 312 | 05/02/2013 | ACE RENTS INC | $14,145.02 | Accept |
| 7 | 169 | 04/22/2013 | AL PACKERS WHITE MARSH FORD | $650.54 | Accept |
| 7 | 434 | 05/13/2013 | ALL VALLEY DIESEL SERVICE | $1,199.00 | Accept |
| 7 | 336 | 05/03/2013 | ALTERNATIVE HOSE INC/CA | $167.05 | Accept |
| 7 | 17 | 04/16/2013 | AMERICAN EQUIPMENT INC | $600.00 | Accept |
| 7 | 251 | 04/29/2013 | AMERICAN PNEUMATIC TOOL | $4,648.89 | Accept |
| 7 | 147 | 04/19/2013 | American Welding & Gas | $848.97 | Accept |
| 7 | 414 | 05/10/2013 | APTUS ARCHITECTURE | $3,867.50 | Accept |
| 7 | 419 | 05/10/2013 | ARIZONA HARD CHROME | $3,399.70 | Accept |
| 7 | 128 | 04/19/2013 | ARIZONA QUICK SERVE PROCESS | $170.00 | Accept |
| 7 | 43 | 04/16/2013 | Arizona Technical Security dba Arizona Quick Serve | $170.00 | Accept |
| 7 | 478 | 05/16/2013 | ARNIE LINDEN | $775.80 | Accept |
| 7 | 83 | 04/16/2013 | ARROWHEAD ROCKDRILL CO INC | $21.70 | Accept |
| 7 | 184 | 04/22/2013 | ASE SUPPLY | $797.10 | Accept |
| 7 | 326 | 05/03/2013 | ASTRO AUTO GLASS | $135.00 | Accept |
| 7 | 32 | 04/16/2013 | AUBREY JACKSON JR | $111,254.62 | Reject |
| 7 | 317 | 05/03/2013 | B & A FRICTION MATERIALS INC | $2,702.30 | Accept |
| 7 | 435 | 05/13/2013 | B&G INDUSTRIAL RENTALS INC | $206.40 | Accept |
| 7 | 3 | 04/11/2013 | BAY COUNTIES DIESEL SERVICE | $1,954.22 | Accept |
| 7 | 351 | 05/06/2013 | BEASLEY TIRE SERVICE | $8,985.32 | Accept |
| 7 | 286 | 05/01/2013 | BERCHTOLD EQUIPMENT COMPANY | $1,931.78 | Accept |
| 7 | 231 | 04/29/2013 | BEST TRAILER INC | $12,051.71 | Accept |
| 7 | 422 | 05/10/2013 | Big Red Tow Inc. | $7,514.00 | Accept |
| 7 | 82 | 04/16/2013 | BILL WILLIAMS TIRE CENTER | $2,672.28 | Accept |
| 7 | 431 | 05/13/2013 | BIPS NAPA | $530.67 | Accept |
| 7 | 23 | 04/16/2013 | BLACKSTONE OTR | $7,948.52 | Accept |
| 7 | 437 | 05/13/2013 | BLUEBONNET WASTE CONTROL | $262.85 | Accept |
| 7 | 342 | 05/06/2013 | BMI TECHNOLOGIES | $52.48 | Accept |
| 7 | 396 | 05/09/2013 | BOBS MUFFLERS | $104.35 | Accept |
| 7 | 253 | 04/29/2013 | BRUNNER & LAY INC | $4,260.79 | Accept |
| 7 | 265 | 04/30/2013 | BRYANTS TRUCK AND TRAILER | $19,619.53 | Accept |
| 7 | 164 | 04/19/2013 | BUCHALTER NEMER | $6,763.37 | Accept |
| 7 | 389 | 05/08/2013 | BUCHANAN AUTO ELECTRIC INC | $4,593.48 | Accept |
| 7 | 433 | 05/13/2013 | BUNDY TRUCKING INCORPORATED | $1,050.00 | Accept |
| 7 | 391 | 05/08/2013 | CACILLAS AUTO UPHOLSTERY | $1,205.00 | Accept |
| 7 | 54 | 04/16/2013 | CAMPBELL BROWN INC | $12.15 | Accept |
| 7 | 214 | 04/26/2013 | Cantrell McCulloch Inc | $545,228.25 | Accept |
| 7 | 53 | 04/16/2013 | CHENG K HSU | $25,000.00 | Accept |
| 7 | 276 | 05/01/2013 | CITY MOTORS TOWING | $550.00 | Accept |
| 7 | 81 | 04/16/2013 | CITY OF BELLMEAD | $80.30 | Accept |
| 7 | 78 | 04/16/2013 | CITY OF BENICIA | $539.08 | Accept |
| 7 | 240 | 04/29/2013 | City of Long Beach | $3,434.98 | Accept |

Debtor's Second Amended Plan
Class 7 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 7 | 121 | 04/16/2013 | CITY OF PORTLAND | $95.00 | Accept |
| 7 | 256 | 04/29/2013 | City of Portland | $190.00 | Accept |
| 7 | 257 | 04/29/2013 | City of Portland | $713.75 | Accept |
| 7 | 341 | 05/06/2013 | CLUB CAR INC | $564.72 | Accept |
| 7 | 335 | 05/03/2013 | CMD TRUCKING | $57,025.00 | Accept |
| 7 | 207 | 04/26/2013 | COLE SUPPLY CO | $65.16 | Accept |
| 7 | 329 | 05/03/2013 | COLORADO SPRINGS UTILITIES | $1,144.95 | Reject |
| 7 | 171 | 04/22/2013 | COMERICA BANK TTEE | $4,002.17 | Reject |
| 7 | 331 | 05/03/2013 | CONSTRUCTION ELECTRICAL PROD | $1,855.04 | Accept |
| 7 | 386 | 05/08/2013 | Construction News Ltd | $2,046.00 | Accept |
| 7 | 209 | 04/26/2013 | CONSTRUCTIONEQUIPMENT4LESS | $4,188.97 | Accept |
| 7 | 215 | 04/26/2013 | Coordinated Wire Rope of San Diego | $332.75 | Accept |
| 7 | 355 | 05/06/2013 | COYOTE GRAFIXA | $350.00 | Accept |
| 7 | 220 | 04/29/2013 | Curtis Steel Co., Inc. | $1,417.80 | Accept |
| 7 | 358 | 05/06/2013 | D & N EQUIPMENT REPAIR | $234.09 | Accept |
| 7 | 24 | 04/16/2013 | D&H PETROLEUM & ENVIRONMENTAL | $211.20 | Accept |
| 7 | 345 | 05/06/2013 | D-A LUBRICANT COMPANY | $4,013.25 | Accept |
| 7 | 127 | 04/19/2013 | Dan E. Qualls, Esquire | $7,685.26 | Accept |
| 7 | 176 | 04/22/2013 | DAVID A SEGAL | $10,107.17 | Reject |
| 7 | 394 | 05/09/2013 | DAVID E KIRKER | $90.90 | Accept |
| 7 | 380 | 05/08/2013 | Davids Custom Welding & Steel Supply LLC | $785.37 | Accept |
| 7 | 343 | 05/06/2013 | DENVER SANITARY CO INC | $239.00 | Accept |
| 7 | 288 | 05/01/2013 | DEPCO | $1,711.38 | Accept |
| 7 | 197 | 04/25/2013 | DESERT GREENS EQUIPMENT INC | $178.67 | Accept |
| 7 | 284 | 05/01/2013 | DIAMOND RENTALS | $1,290.85 | Accept |
| 7 | 139 | 04/19/2013 | DIESEL ENGINE & INJECTION | $265.56 | Accept |
| 7 | 33 | 04/16/2013 | DIESEL POWER LLC | $154.03 | Accept |
| 7 | 268 | 04/30/2013 | DITCHWITCH OF ARIZONA | $389.91 | Accept |
| 7 | 26 | 04/16/2013 | Drive Train Industries, Inc. | $728.78 | Accept |
| 7 | 234 | 04/29/2013 | DUANE ERNST COMPANY | $199.91 | Accept |
| 7 | 1 | 04/09/2013 | EAST COUNTY URGENT CARE | $43.00 | Accept |
| 7 | 14 | 04/16/2013 | Eberhard Equipment | $627.40 | Reject |
| 7 | 18 | 04/16/2013 | EC POWER SYSTEMS | $1,349.66 | Accept |
| 7 | 95 | 04/17/2013 | ECHOGLOBAL LOGISTICS | $29,174.13 | Accept |
| 7 | 64 | 04/16/2013 | Elliott Electric Supply Inc | $3,250.00 | Accept |
| 7 | 324 | 05/03/2013 | EMERGENCY ROADSIDE ASSISTANCE | $237.86 | Accept |
| 7 | 402 | 05/10/2013 | EXPENDABLES INC | $110.31 | Accept |
| 7 | 62 | 04/16/2013 | Fasteners Inc. | $1,223.64 | Accept |
| 7 | 423 | 05/10/2013 | FIRST QUALITY FIRE EQUIPMENT | $564.96 | Accept |
| 7 | 134 | 04/19/2013 | FIVE STAR HYDRAULICS LLC | $17,695.46 | Accept |
| 7 | 412 | 05/10/2013 | FLYERS ENERGY, LLC | $17,588.77 | Reject |
| 7 | 301 | 05/02/2013 | FORCE AMERICA | $64.76 | Accept |
| 7 | 148 | 04/19/2013 | FRIENDLY FORD | $11,244.07 | Accept |
| 7 | 367 | 05/07/2013 | FULLERTON DIESEL ELECTRIC | $1,280.00 | Accept |
| 7 | 55 | 04/16/2013 | GAINES W HARRISON & SONS INC | $466.15 | Accept |
| 7 | 282 | 05/01/2013 | GALVAN TIRE | $585.90 | Accept |
| 7 | 237 | 04/29/2013 | GENERAL EQUIPMENT CO | $172.60 | Accept |
| 7 | 352 | 05/06/2013 | GLADWIN PAINT | $932.84 | Accept |
| 7 | 182 | 04/22/2013 | GRAND RENTAL STATION | $1,357.00 | Accept |
| 7 | 154 | 04/19/2013 | GREEN VALLEY TURF EQUIPMENT | $6,555.62 | Accept |
| 7 | 113 | 04/18/2013 | GUARDWAY CORPORATION | $496.48 | Accept |
| 7 | 104 | 04/17/2013 | HALL OIL & PROPANE INC | $3,034.88 | Accept |

Debtor's Second Amended Plan
Class 7 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 7 | 50 | 04/16/2013 | HANDLING SYSTEMS | $678.60 | Accept |
| 7 | 140 | 04/19/2013 | HOSE OF SOUTH TEXAS | $128.86 | Accept |
| 7 | 228 | 04/29/2013 | HOSKINS EQUIPMENT LLC | $2,109.50 | Accept |
| 7 | 373 | 05/07/2013 | HOWRY FARMS HEAVY SERVICE | $620.00 | Accept |
| 7 | 248 | 04/29/2013 | HP COMMERCIAL TIRE COMPANY | $1,873.85 | Accept |
| 7 | 421 | 05/10/2013 | HURLEY TOWING & TRANSPORTATION | $340.00 | Accept |
| 7 | 397 | 05/10/2013 | Husgvarna Construction Products, Inc. N.A. | $1,403.27 | Accept |
| 7 | 105 | 04/17/2013 | Hy-Brid Lifts Custom Equipment, Inc. | $10,002.70 | Accept |
| 7 | 242 | 04/29/2013 | HYDRAULIC ENERGY PRODUCTS INC | $255.00 | Accept |
| 7 | 356 | 05/06/2013 | ICS BLOUNT INTERNATIONAL INC | $6,940.01 | Accept |
| 7 | 144 | 04/19/2013 | IMER USA | $45.94 | Reject |
| 7 | 258 | 04/30/2013 | INDEPENDENT TRUCK & TRAILER | $1,596.53 | Accept |
| 7 | 11 | 04/16/2013 | INDUSTRIAL IGNITION | $960.52 | Accept |
| 7 | 38 | 04/16/2013 | INDUSTRIAL INFO RESOURCES INC | $6,421.36 | Accept |
| 7 | 254 | 04/29/2013 | INDUSTRIAL LOGISTICS | $1,800.00 | Accept |
| 7 | 261 | 04/30/2013 | INDUSTRIAL TIRE SERVICE INC | $8,208.78 | Accept |
| 7 | 51 | 04/16/2013 | INLAND BOBCAT | $107.64 | Accept |
| 7 | 158 | 04/19/2013 | INTERSTATE TRANSPORTATION | $1,387.02 | Accept |
| 7 | 236 | 04/29/2013 | IRON HORSE WELDING LLC | $1,162.43 | Accept |
| 7 | 213 | 04/26/2013 | J & S DIESEL | $5,478.09 | Accept |
| 7 | 224 | 04/29/2013 | J M VOSS | $570.00 | Accept |
| 7 | 66 | 04/16/2013 | J.J. Keller & Associates, Inc | $3,555.43 | Accept |
| 7 | 436 | 05/13/2013 | Jackson Media Works | $9,562.80 | Accept |
| 7 | 416 | 05/10/2013 | JAMES D. MILLER | $5,801.47 | Accept |
| 7 | 357 | 05/06/2013 | JAMES RIVER EQUIPMENT | $7,301.66 | Accept |
| 7 | 311 | 05/02/2013 | JB STEEL | $414.00 | Accept |
| 7 | 266 | 04/30/2013 | JE-MONT LANDSCAPE MAINTENANCE | $185.00 | Accept |
| 7 | 28 | 04/16/2013 | JLG EQUIPMENT SERVICES | $90,824.93 | Accept |
| 7 | 48 | 04/16/2013 | JLG EQUIPMENT SERVICES | $7,024.34 | Accept |
| 7 | 96 | 04/17/2013 | JLG INDUSTRIES INC | $169,606.54 | Accept |
| 7 | 36 | 04/16/2013 | JLG INDUSTRIES INC | $194,495.29 | Accept |
| 7 | 320 | 05/03/2013 | JOE IGLESIAS | $7,785.04 | Accept |
| 7 | 393 | 05/09/2013 | JOEY FORISTER | $967.43 | Accept |
| 7 | 273 | 05/01/2013 | JR ROAD SIDE SERVICE | $1,221.12 | Accept |
| 7 | 319 | 05/03/2013 | KOMATSU EQUIPMENT CO | $1,126.16 | Accept |
| 7 | 322 | 05/03/2013 | KUCKENBECKER TRACTOR CO | $52.21 | Accept |
| 7 | 424 | 05/10/2013 | LAKESIDE WATER DISTRICT | $547.59 | Reject |
| 7 | 12 | 04/16/2013 | LARRY H MILLER FORD | $5,723.95 | Accept |
| 7 | 222 | 04/29/2013 | LAS VEGAS SAFETY | $378.20 | Accept |
| 7 | 299 | 05/02/2013 | LIBERTY SAFE AND SECURITY | $30,086.00 | Accept |
| 7 | 313 | 05/02/2013 | Lipschultz & Scherago LLP | $13,399.34 | Accept |
| 7 | 217 | 04/29/2013 | LOS ANGELES FREIGHTLINER/ | $2,500.00 | Accept |
| 7 | 219 | 04/29/2013 | LOS ANGELES FREIGHTLINER/ | $11,403.92 | Accept |
| 7 | 208 | 04/26/2013 | LOWE MANUFACTURING CO INC | $1,413.75 | Accept |
| 7 | 221 | 04/29/2013 | M & M TOWING & ROAD SERVICE | $480.00 | Accept |
| 7 | 354 | 05/06/2013 | M & W WRECKER REPAIR INC | $1,414.01 | Accept |
| 7 | 271 | 04/30/2013 | MARSHALLS LOCKSMITH SERVICE | $32.00 | Accept |
| 7 | 131 | 04/19/2013 | MCBRIDES | $210.00 | Accept |
| 7 | 302 | 05/02/2013 | MCCANDLESS INTERNATIONAL TRUCK | $42,671.54 | Accept |
| 7 | 52 | 04/16/2013 | MCCANDLESS INTL OF COLORADO | $5,224.74 | Accept |
| 7 | 118 | 04/18/2013 | MCCORMICK & PRIORE | $17,048.53 | Accept |
| 7 | 117 | 04/18/2013 | McCormick & Priore | $19,150.44 | Accept |

Debtor's Second Amended Plan
Class 7 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 7 | 116 | 04/18/2013 | MCCORMICK & PRIORE | $6,929.57 | Accept |
| 7 | 115 | 04/18/2013 | McCormick & Priore | $20,460.43 | Accept |
| 7 | 94 | 04/17/2013 | MCKINNEY PARTS INC/NAPA AUTO | $922.62 | Accept |
| 7 | 400 | 05/10/2013 | METROPLEX WELDING SUPPLY | $4,291.04 | Accept |
| 7 | 160 | 04/19/2013 | Michael E. Sage | $4,000.00 | Accept |
| 7 | 161 | 04/19/2013 | Michael Sage Revocable Living Trust - Michael Sage Trustee | $20,000.00 | Accept |
| 7 | 142 | 04/19/2013 | MICHAEL W FARRELL | $370.00 | Accept |
| 7 | 293 | 05/02/2013 | MinnPar, LLC | $8,758.91 | Accept |
| 7 | 110 | 04/18/2013 | MITCHELL LEWIS & STAVER | $1,466.50 | Accept |
| 7 | 85 | 04/16/2013 | MOBILE HYDRAULICS INC | $6,086.82 | Accept |
| 7 | 159 | 04/19/2013 | MOORE & BROWER PC | $5,612.87 | Accept |
| 7 | 399 | 05/10/2013 | MORSEHYDRAULICS, USA, LLC | $39.51 | Accept |
| 7 | 372 | 05/07/2013 | MOSS RUBBER | $493.72 | Accept |
| 7 | 272 | 04/30/2013 | MOTOR TRUCKS INC | $176.57 | Accept |
| 7 | 75 | 04/16/2013 | MUIR/DIABLO OCCUPATIONAL | $70.00 | Accept |
| 7 | 255 | 04/29/2013 | MULLAHEY FORD | $395.84 | Accept |
| 7 | 368 | 05/07/2013 | MULTIQUIP INC | $51,481.55 | Accept |
| 7 | 183 | 04/22/2013 | Munchie Wagon, LLC | $28,583.27 | Accept |
| 7 | 425 | 05/10/2013 | MWE | $2,230.62 | Accept |
| 7 | 385 | 05/08/2013 | MYRNA FRANCO | $750.00 | Accept |
| 7 | 263 | 04/30/2013 | NAPA Auto Parts | $35,469.29 | Accept |
| 7 | 20 | 04/16/2013 | NAPA AUTO PARTS OF PERRIS | $695.62 | Accept |
| 7 | 124 | 04/19/2013 | NAPA AUTO PARTS/EL PASO | $2,069.98 | Accept |
| 7 | 346 | 05/06/2013 | NAPA AUTO PARTS/SANTA MARIA | $1,455.22 | Accept |
| 7 | 198 | 04/25/2013 | NAPA OF NAPA | $403.27 | Accept |
| 7 | 194 | 04/24/2013 | NETWORK LEARNING INC | $35,390.00 | Accept |
| 7 | 88 | 04/17/2013 | NEVADA BOLT CO | $2,446.88 | Accept |
| 7 | 290 | 05/01/2013 | NEVADA TRANSIT & LASER | $850.00 | Accept |
| 7 | 230 | 04/29/2013 | NORTH TEXAS SALES & DIST LLC | $610.65 | Accept |
| 7 | 223 | 04/29/2013 | OCEAN BEACH EQUIPMENT RENTALS | $368.00 | Accept |
| 7 | 130 | 04/19/2013 | OLD DOMINION FREIGHT LINE INC | $51.01 | Accept |
| 7 | 30 | 04/16/2013 | ONE STOP AUTO PARTS INC | $3,556.97 | Accept |
| 7 | 114 | 04/18/2013 | P - Fleet | $69,218.14 | Accept |
| 7 | 382 | 05/08/2013 | P & G REBUILDERS | $4,040.00 | Accept |
| 7 | 296 | 05/02/2013 | P & S TRUCK CENTER | $485.41 | Accept |
| 7 | 377 | 05/07/2013 | PALADIN BRANDS GROUP INC | $109.60 | Accept |
| 7 | 155 | 04/19/2013 | Palmer Johnson Power Systems, LLC | $9,926.19 | Accept |
| 7 | 181 | 04/22/2013 | PAPE MACHINERY | $8,310.49 | Accept |
| 7 | 72 | 04/16/2013 | PCM ELECTRIAL CONTRACTORS INC | $3,832.99 | Accept |
| 7 | 21 | 04/16/2013 | PEARL ABRASIVE CO | $483.29 | Accept |
| 7 | 347 | 05/06/2013 | PHILIP L. KEESLING | $34,584.11 | Accept |
| 7 | 162 | 04/19/2013 | Pioneer Funding Group II, LLC | $5,574.18 | Reject |
| 7 | 163 | 04/19/2013 | Pioneer Funding Group II, LLC | $5,998.00 | Reject |
| 7 | 186 | 04/22/2013 | PIRTEK LOVE FIELD | $2,181.93 | Accept |
| 7 | 469 | 05/13/2013 | POLAR COOLING | $233.64 | Accept |
| 7 | 310 | 05/02/2013 | PORTER LAW GROUP | $220.00 | Accept |
| 7 | 16 | 04/16/2013 | PRINT TECH INC | $5,618.29 | Accept |
| 7 | 149 | 04/19/2013 | QUAIL AIR CENTER | $3,558.32 | Accept |
| 7 | 97 | 04/17/2013 | QUEST ENGINEERING INC | $488.76 | Accept |
| 7 | 71 | 04/16/2013 | Questar Gas Company | $4,847.55 | Accept |
| 7 | 76 | 04/16/2013 | QUICK SPACE | $331.53 | Accept |

Debtor's Second Amended Plan
Class 7 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 7 | 123 | 04/19/2013 | QUINN COMPANY | $112.69 | Accept |
| 7 | 269 | 04/30/2013 | R & N HYDRAULICS | $90.00 | Accept |
| 7 | 418 | 05/10/2013 | R&L TRUCKLOAD SERVICES | $61.04 | Accept |
| 7 | 247 | 04/29/2013 | RACINE FEDERATED INC WYCO | $772.74 | Accept |
| 7 | 275 | 05/01/2013 | RALPH JONES DISPLAY INC | $76.59 | Accept |
| 7 | 47 | 04/16/2013 | RAVEN CLANCY & MCDONAGH PC | $6,128.77 | Accept |
| 7 | 7 | 04/15/2013 | Recovery One, LLC | $3,368.59 | Accept |
| 7 | 19 | 04/16/2013 | Richland County Treasury | $236,401.74 | Accept |
| 7 | 339 | 05/06/2013 | RIVERSIDE 441 STARTERS AND | $363.10 | Accept |
| 7 | 371 | 05/07/2013 | ROB SCHMIDT BODY & PAINT | $300.00 | Accept |
| 7 | 405 | 05/10/2013 | ROBERT E MCGEE | $900.00 | Accept |
| 7 | 392 | 05/09/2013 | ROBIN YTURIAGA | $44.00 | Accept |
| 7 | 178 | 04/22/2013 | ROCKY MTN SUPPLY INC | $19.26 | Accept |
| 7 | 65 | 04/16/2013 | RUSSELL R JONES TRUST C/O RUSSELL R JONE | $7,441.32 | Accept |
| 7 | 60 | 04/16/2013 | SAFETY WHIPS | $2,161.78 | Accept |
| 7 | 241 | 04/29/2013 | SAMMONS TRUCKING | $91,550.00 | Accept |
| 7 | 332 | 05/03/2013 | SAND TRAP SERVICE CO., INC | $936.00 | Accept |
| 7 | 411 | 05/10/2013 | SARAH FISHER | $157.39 | Accept |
| 7 | 89 | 04/17/2013 | SERGEI KOSTENKO | $2,000.00 | Accept |
| 7 | 101 | 04/17/2013 | Sherwin Williams | $292.16 | Accept |
| 7 | 449 | 05/10/2013 | Sierra Liquidity Fund | $767.50 | Accept |
| 7 | 460 | 05/10/2013 | Sierra Liquidity Fund | $821.97 | Accept |
| 7 | 458 | 05/10/2013 | Sierra Liquidity Fund | $709.80 | Accept |
| 7 | 453 | 05/10/2013 | Sierra Liquidity Fund | $17,963.98 | Accept |
| 7 | 447 | 05/10/2013 | Sierra Liquidity Fund | $961.00 | Accept |
| 7 | 457 | 05/10/2013 | Sierra Liquidity Fund | $1,795.00 | Accept |
| 7 | 463 | 05/10/2013 | Sierra Liquidity Fund | $2,475.00 | Accept |
| 7 | 443 | 05/10/2013 | Sierra Liquidity Fund | $350.00 | Accept |
| 7 | 448 | 05/10/2013 | Sierra Liquidity Fund | $1,895.00 | Accept |
| 7 | 445 | 05/10/2013 | Sierra Liquidity Fund | $370.27 | Accept |
| 7 | 465 | 05/10/2013 | Sierra Liquidity Fund | $1,363.63 | Accept |
| 7 | 456 | 05/10/2013 | Sierra Liquidity Fund | $1,113.03 | Accept |
| 7 | 466 | 05/10/2013 | Sierra Liquidity Fund | $553.22 | Accept |
| 7 | 454 | 05/10/2013 | Sierra Liquidity Fund, LLC | $2,297.37 | Accept |
| 7 | 446 | 05/10/2013 | Sierra Liquidity Fund, LLC | $1,569.63 | Accept |
| 7 | 459 | 05/10/2013 | Sierra Liquidity Fund, LLC | $874.77 | Accept |
| 7 | 444 | 05/10/2013 | Sierra Liquidity Fund, LLC | $187.44 | Accept |
| 7 | 451 | 05/10/2013 | Sierra Liquidity Fund, LLC | $187.44 | Accept |
| 7 | 467 | 05/10/2013 | Sierra Liquidity Fund, LLC-Assignee & Att-In-Fact for Boston Auto Parts-Napa-Assignor | $26.42 | Accept |
| 7 | 462 | 05/10/2013 | Sierra Liquidity Fund, LLC-Assignee & Att-In-Fact for Construction Technology-Assignor | $177.90 | Accept |
| 7 | 468 | 05/13/2013 | Sierra Liquidity Fund, LLC-Assignee & Att-In-Fact for Lester Electrical-Assignor | $111.09 | Accept |
| 7 | 429 | 05/13/2013 | SIGNS BY DESIGN | $208.80 | Accept |
| 7 | 99 | 04/17/2013 | SILVAS OIL CO INC | $13,546.63 | Accept |
| 7 | 281 | 05/01/2013 | SILVER ST WIRE ROPE & RIGGING | $7,339.86 | Accept |
| 7 | 304 | 05/02/2013 | SIMS WELDING SUPPLY | $30.16 | Accept |
| 7 | 321 | 05/03/2013 | SIX POINTS HARDWARE | $441.17 | Accept |
| 7 | 360 | 05/07/2013 | SKYJACK CORP | $156,027.64 | Accept |
| 7 | 10 | 04/16/2013 | SNORKEL INTERNATIONAL | $49,421.50 | Accept |
| 7 | 328 | 05/03/2013 | SNORKEL INTERNATIONAL | $28,093.35 | Accept |

Debtor's Second Amended Plan
Class 7 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 7 | 291 | 05/02/2013 | Solideal USA, Inc. | $17,464.52 | Accept |
| 7 | 44 | 04/16/2013 | SOURCE 4 INDUSTRIES | $2,391.05 | Accept |
| 7 | 387 | 05/08/2013 | Sousa Tire Service, LLC | $2,397.09 | Accept |
| 7 | 185 | 04/22/2013 | SOUTHWEST GAS CORP | $2,697.13 | Accept |
| 7 | 348 | 05/06/2013 | SOUTHWEST MATERIAL HANDLING | $2,271.40 | Accept |
| 7 | 381 | 05/08/2013 | Southwest Rubber & Supply Co., INC. | $1,124.37 | Accept |
| 7 | 428 | 05/13/2013 | Southwest Staffing, Inc. | $10,602.87 | Reject |
| 7 | 384 | 05/08/2013 | SPYDER MANUFACTURING | $4,430.70 | Accept |
| 7 | 470 | 05/13/2013 | Standard Diesel & Repair | $408.50 | Accept |
| 7 | 29 | 04/16/2013 | STANDARD PART CORP NAPA | $188.54 | Accept |
| 7 | 362 | 05/07/2013 | STAR INDUSTRIES CO | $27,057.12 | Accept |
| 7 | 211 | 04/26/2013 | STARR REBUILDERS | $180.00 | Accept |
| 7 | 31 | 04/16/2013 | STEEL SUPPLY LP | $639.23 | Accept |
| 7 | 398 | 05/10/2013 | Stuber Cooper Voge PLLC | $38,662.74 | Accept |
| 7 | 143 | 04/19/2013 | SULLAIR | $40.52 | Accept |
| 7 | 204 | 04/25/2013 | SWANSON FAHRNEY FORD | $56,853.88 | Reject |
| 7 | 120 | 04/18/2013 | TAYLOR OIL COMPANY | $7,350.76 | Accept |
| 7 | 420 | 05/10/2013 | THE RICHFIELD REAPER | $180.00 | Accept |
| 7 | 136 | 04/19/2013 | THE STEEL YARD INC | $314.20 | Accept |
| 7 | 363 | 05/07/2013 | TIGUA INC | $17,817.40 | Accept |
| 7 | 438 | 05/13/2013 | TIRE SALES & SERVICE | $8,205.01 | Accept |
| 7 | 349 | 05/06/2013 | TIRESOCKS | $18,449.08 | Accept |
| 7 | 63 | 04/16/2013 | TOOLUP | $1,023.00 | Accept |
| 7 | 306 | 05/02/2013 | TOSCO | $4,564.50 | Accept |
| 7 | 180 | 04/22/2013 | TOWN OF BERNALILLO | $33.39 | Accept |
| 7 | 262 | 04/30/2013 | TRAILER TECH | $425.96 | Accept |
| 7 | 157 | 04/19/2013 | TRANSPORTATION MGMT. SPCLTS. | $949.02 | Accept |
| 7 | 218 | 04/29/2013 | TRANSWEST TRUCK CENTER | $9,302.96 | Accept |
| 7 | 226 | 04/29/2013 | TSURUMI (AMERICA) INC | $70.56 | Accept |
| 7 | 315 | 05/03/2013 | TVH PARTS CO | $19,572.83 | Accept |
| 7 | 2 | 04/11/2013 | Tyres International, Inc. | $24,118.33 | Accept |
| 7 | 193 | 04/24/2013 | ULTIMATE SERVICES INC | $27,053.45 | Accept |
| 7 | 229 | 04/29/2013 | UPRIGHT | $12,427.67 | Accept |
| 7 | 294 | 05/02/2013 | VALLEY ENGINEERING INC | $26,424.40 | Accept |
| 7 | 409 | 05/10/2013 | Vann & Sheridan, LLP | $10,493.35 | Accept |
| 7 | 59 | 04/16/2013 | WAGNER EQUIPMENT | $2,423.71 | Accept |
| 7 | 86 | 04/17/2013 | Warner Truck Center | $439.65 | Accept |
| 7 | 151 | 04/19/2013 | WARRENSBURG FORD | $37.22 | Accept |
| 7 | 279 | 05/01/2013 | WERDCO BC INC | $2,831.25 | Accept |
| 7 | 303 | 05/02/2013 | WEST TEXAS GAS INC | $4,306.65 | Accept |
| 7 | 246 | 04/29/2013 | WESTERN DISTRIBUTING | $12,037.50 | Accept |
| 7 | 325 | 05/03/2013 | WESTERN ELECTRIC MOTORS | $120.00 | Accept |
| 7 | 235 | 04/29/2013 | Western Power Products, Inc. | $532.10 | Accept |
| 7 | 388 | 05/08/2013 | WHOLESALE TRAILER SUPPLY | $2,181.60 | Accept |
| 7 | 5 | 04/12/2013 | WILLIAMS TIRE | $348.63 | Accept |
| 7 | 417 | 05/10/2013 | WORK AREA PROCTECTION CORP | $1,448.05 | Accept |
| 7 | 108 | 04/17/2013 | WYLIE MANUFACTURING | $20,954.02 | Accept |
| 7 | 403 | 05/10/2013 | X-TREME HOUSE CLEANING SERVICE | $400.00 | Accept |

Debtor's Second Amended Plan
Class 8 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 8 | 92 | 04/17/2013 | A & I DISTRIBUTORS | $100.30 | Accept |
| 8 | 307 | 05/02/2013 | A & W BEARINGS & SUPPLY CO INC | $16.60 | Accept |
| 8 | 145 | 04/19/2013 | A&C FIRE EQUIPMENT | $168.87 | Accept |
| 8 | 289 | 05/01/2013 | ACTION WELDING CO | $4,215.00 | Accept |
| 8 | 205 | 04/26/2013 | ALHAMBRA FOUNDRY COMPANY | $1,065.44 | Accept |
| 8 | 80 | 04/16/2013 | ALSCO/AMERICAN LINEN-EUGENE | $154.42 | Accept |
| 8 | 338 | 05/06/2013 | AMERICAN TOWING | $1,275.00 | Accept |
| 8 | 98 | 04/17/2013 | ASSOCIATION OF EQUIPMENT | $167.50 | Accept |
| 8 | 334 | 05/03/2013 | BATSON PORTABLE WELDING | $477.50 | Accept |
| 8 | 249 | 04/29/2013 | BENS CLEANER SALES INC | $187.50 | Accept |
| 8 | 126 | 04/19/2013 | BERT WILLIAMS & SONS INC | $67.22 | Accept |
| 8 | 111 | 04/18/2013 | BLAINE EQUIPMENT CO | $643.23 | Accept |
| 8 | 8 | 04/15/2013 | BRADY INDUSTRIES | $325.46 | Accept |
| 8 | 13 | 04/16/2013 | CAMPBELL STRUCTURAL | $1,800.00 | Accept |
| 8 | 77 | 04/16/2013 | CAPROCK TIRE INC | $722.81 | Accept |
| 8 | 375 | 05/07/2013 | CATALYTIC EXHAUST SYS PRODUCTS | $3,903.07 | Accept |
| 8 | 404 | 05/10/2013 | CEDAR RAPIDS TIRE CO | $131.19 | Accept |
| 8 | 353 | 05/06/2013 | CENTURY AUTO ELECTRIC | $69.95 | Accept |
| 8 | 203 | 04/25/2013 | CHAPPELL SUPPLY | $2,625.58 | Accept |
| 8 | 137 | 04/19/2013 | City of Newport News, Virginia | $8.02 | Accept |
| 8 | 107 | 04/17/2013 | City of Odessa | $197.50 | Accept |
| 8 | 56 | 04/16/2013 | CITY OF SANTA MARIA | $315.89 | Accept |
| 8 | 239 | 04/29/2013 | CLARK EQUIPMENT CO DBA BOBCAT | $4,646.77 | Accept |
| 8 | 4 | 04/12/2013 | CLEAN EMISSIONS | $2,905.00 | Accept |
| 8 | 277 | 05/01/2013 | COAST FLUID AIRE | $1,677.95 | Accept |
| 8 | 74 | 04/16/2013 | CUTTING EDGE SUPPLY | $1,138.16 | Accept |
| 8 | 179 | 04/22/2013 | DALLAS TRAILER REPAIR CO INC | $1,552.67 | Accept |
| 8 | 190 | 04/22/2013 | DANGELOS | $875.85 | Accept |
| 8 | 195 | 04/24/2013 | DIAMOND DIESEL SERVICE INC | $1,382.50 | Accept |
| 8 | 401 | 05/10/2013 | DIAMOND PRODUCTS LIMITED | $2,107.28 | Accept |
| 8 | 135 | 04/19/2013 | DION INTERNATIONAL TRUCKS INC | $778.43 | Accept |
| 8 | 374 | 05/07/2013 | DITCHWITCH OF HOUSTON | $2,077.77 | Accept |
| 8 | 243 | 04/29/2013 | DOOSAN INFRACORE PORTABLE | $2,463.84 | Accept |
| 8 | 192 | 04/24/2013 | EVANS REBUILT PARTS | $275.00 | Accept |
| 8 | 57 | 04/16/2013 | FISH WINDOW CLEANING | $71.44 | Accept |
| 8 | 191 | 04/24/2013 | FIVE STAGE HYDRAULICS | $293.60 | Accept |
| 8 | 70 | 04/16/2013 | FLEMING ENGINEERING INC | $3,850.00 | Accept |
| 8 | 267 | 04/30/2013 | FORSYTHE TIRE INC | $173.00 | Accept |
| 8 | 298 | 05/02/2013 | G & H DIESEL SERVICE | $2,896.63 | Accept |
| 8 | 90 | 04/17/2013 | G&W EQUIPMENT | $1,144.08 | Accept |
| 8 | 84 | 04/16/2013 | GARDNERVILLE WATER COMPANY | $44.36 | Accept |
| 8 | 278 | 05/01/2013 | GEN-TECH NV | $129.40 | Accept |
| 8 | 187 | 04/22/2013 | GEORGIA NATURAL GAS | $72.32 | Accept |
| 8 | 170 | 04/22/2013 | GOLDEN WEST OIL COMPANY | $961.86 | Accept |
| 8 | 129 | 04/19/2013 | HARFORD COUNTY NAPA AUTO PARTS | $364.55 | Accept |
| 8 | 206 | 04/26/2013 | HENDERSON ELECTRIC MOTORS INC | $216.25 | Accept |
| 8 | 316 | 05/03/2013 | HORIZON | $293.53 | Accept |
| 8 | 58 | 04/16/2013 | HOUSTON FREIGHTLINER | $2,327.09 | Accept |
| 8 | 40 | 04/16/2013 | Hurst Ace Hardware | $10.99 | Accept |
| 8 | 238 | 04/29/2013 | INDUSTRIAL INJECTION SERVICE | $510.00 | Accept |
| 8 | 201 | 04/25/2013 | INTERSTATE BATTERY SYSTEM OF | $499.75 | Accept |

Debtor's Second Amended Plan
Class 8 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 8 | 318 | 05/03/2013 | KENS MAP SERVICE | $86.80 | Accept |
| 8 | 69 | 04/16/2013 | KENWORTH SALES COMPANY | $311.66 | Accept |
| 8 | 49 | 04/16/2013 | KIRKS RADIATOR | $360.50 | Accept |
| 8 | 39 | 04/16/2013 | KLEIN DENATALE GOLDNER COOPER | $611.50 | Accept |
| 8 | 156 | 04/19/2013 | KROEGER EQUIPMENT | $57.24 | Accept |
| 8 | 365 | 05/07/2013 | LASERCARE TECHNOLOGIES INC | $945.58 | Accept |
| 8 | 188 | 04/22/2013 | Lofting Equipment Company Inc | $2,480.96 | Accept |
| 8 | 25 | 04/16/2013 | MACKISSIC INC | $4,686.40 | Accept |
| 8 | 330 | 05/03/2013 | MAIN TIRE | $4,854.95 | Accept |
| 8 | 340 | 05/06/2013 | MCCARTHY TIRE SERVICE CO | $1,735.90 | Accept |
| 8 | 79 | 04/16/2013 | MCCOY SALES | $167.40 | Accept |
| 8 | 87 | 04/17/2013 | MCKENNEY FAMILY DEALERSHIPS | $280.44 | Accept |
| 8 | 212 | 04/26/2013 | MESTRE GREVE ASSOCIATES | $1,469.42 | Accept |
| 8 | 441 | 05/10/2013 | MHC KENWORTH - EL PASO | $1,252.45 | Accept |
| 8 | 100 | 04/17/2013 | MIKES TOOL REPAIR | $131.50 | Accept |
| 8 | 103 | 04/17/2013 | MINE SAFETY APPLIANCES COMPANY | $232.08 | Accept |
| 8 | 323 | 05/03/2013 | MINNESOTA INDUSTRIAL BATTERY | $62.80 | Accept |
| 8 | 27 | 04/16/2013 | NACM BUSINESS CREDIT SERVICES | $115.00 | Accept |
| 8 | 15 | 04/16/2013 | NORTHERN NEVADA EQUIPMENT | $4,364.08 | Accept |
| 8 | 370 | 05/07/2013 | ONE DAY PAINT & BODY | $2,478.03 | Accept |
| 8 | 280 | 05/01/2013 | PACE WEST INC | $80.45 | Accept |
| 8 | 175 | 04/22/2013 | Pape Material Handling, Inc. | $2,820.49 | Accept |
| 8 | 225 | 04/29/2013 | PAR 3 LANDSCAPE & MAINT | $4,564.00 | Accept |
| 8 | 415 | 05/10/2013 | PARTS HOUSE - NAPA (MINDEN) | $351.60 | Accept |
| 8 | 295 | 05/02/2013 | PATS AUTOMOTIVE | $1,069.87 | Accept |
| 8 | 287 | 05/01/2013 | PIRTEK PLANO SOUTH | $2,525.08 | Accept |
| 8 | 379 | 05/07/2013 | POWELLS TRUCK & EQUIPMENT INC | $742.66 | Accept |
| 8 | 314 | 05/03/2013 | RICHARDSON PLOWDEN & ROBINSON | $512.65 | Accept |
| 8 | 305 | 05/02/2013 | RITE WAY STARTER SERVICE | $2,775.00 | Accept |
| 8 | 122 | 04/19/2013 | RIVERVIEW INTERNATIONAL | $1,314.10 | Accept |
| 8 | 132 | 04/19/2013 | ROBERT D EVANS | $417.39 | Accept |
| 8 | 141 | 04/19/2013 | ROYCE INDUSTRIES, L.C. | $221.15 | Accept |
| 8 | 406 | 05/10/2013 | RYAN MC ANALLY | $10.85 | Accept |
| 8 | 285 | 05/01/2013 | SADDLEBACK ATTORNEY SERVICE | $3,440.30 | Accept |
| 8 | 364 | 05/07/2013 | SAMBA HOLDINGS INC | $4,296.46 | Accept |
| 8 | 152 | 04/19/2013 | SANTA MARIA DIESEL SERVICE | $1,563.49 | Accept |
| 8 | 359 | 05/07/2013 | Sonar Credit Partners II, LLC | $1,269.30 | Accept |
| 8 | 366 | 05/07/2013 | Sonar Credit Partners II, LLC | $1,563.11 | Accept |
| 8 | 361 | 05/07/2013 | Sonar Credit Partners II, LLC | $2,109.30 | Accept |
| 8 | 297 | 05/02/2013 | STORAGE EXPRESS | $399.57 | Accept |
| 8 | 210 | 04/26/2013 | TEXAS PNEUMATIC TOOL | $1,218.80 | Accept |
| 8 | 46 | 04/16/2013 | TEXAS TRUCK A/C | $524.94 | Accept |
| 8 | 6 | 04/15/2013 | THE HILLMAN GROUP | $1,600.23 | Accept |
| 8 | 350 | 05/06/2013 | THE HOSE SHOP | $137.29 | Accept |
| 8 | 153 | 04/19/2013 | TNT DISTRIBUTING | $592.82 | Accept |
| 8 | 166 | 04/22/2013 | TRUCK PRO | $468.76 | Accept |
| 8 | 93 | 04/17/2013 | TURF EQUIPMENT & IRRIGATION | $433.97 | Accept |
| 8 | 333 | 05/03/2013 | UNION SLING COMPANY | $604.83 | Accept |
| 8 | 172 | 04/22/2013 | United Parcel Service (Freight) | $2,094.34 | Accept |
| 8 | 344 | 05/06/2013 | UNIVERSAL CYLINDER SERVICES | $2,700.00 | Accept |
| 8 | 245 | 04/29/2013 | W A I WETHERILL ASSOCIATES | $304.07 | Accept |

Debtor's Second Amended Plan
Class 8 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 8 | 337 | 05/06/2013 | WACKER NEUSON CORPORATION | $3,797.84 | Accept |
| 8 | 264 | 04/30/2013 | WANCO | $217.00 | Accept |
| 8 | 125 | 04/19/2013 | WAREHOUSE SVC INC NAPA OF | $72.19 | Accept |
| 8 | 202 | 04/25/2013 | WASTE SERVICES OF TENNESSEE | $43.63 | Accept |
| 8 | 244 | 04/29/2013 | WEST COAST INDUSTRIAL SUPPLY | $353.23 | Accept |
| 8 | 68 | 04/16/2013 | WESTERN STATES TOOL & SUPPLY | $2,312.95 | Accept |
| 8 | 189 | 04/22/2013 | Wilson Finley Company | $741.94 | Accept |
| 8 | 274 | 05/01/2013 | Winzenburg, Leff, Purvis and Payne, LLP | $3,601.40 | Accept |
| 8 | 369 | 05/07/2013 | YARD MARVEL | $1,190.95 | Accept |

# **<u>Exhibit B</u>**

Noteholder Group's Plan of Reorganization
Summary by Class

| Class | Members Voted | Members Accepted | Members Rejected | Percentage Members Accepted | Percentage Members Rejected | Total Amount Voted | Amount Accepted | Amount Rejected | Percentage Amount Accepted | Percentage Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 59 | 56 | 3 | 94.92% | 5.08% | $220,700,405.00 | $220,443,405.00 | $257,000.00 | 99.88% | 0.12% |
| 5 | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| 6 | 7 | 5 | 2 | 71.43% | 28.57% | $3,835,584.27 | $3,085,584.27 | $750,000.00 | 80.45% | 19.55% |
| 8 | 1 | 0 | 1 | 0.00% | 100.00% | 30 Shares | 0 Shares | 30 Shares | 0.00% | 100.00% |

In re Ahern Rentals, Inc.,
Case No. 11-53860 (btb)

**Noteholder Group's Plan of Reorganization**
**Class 4 Detail Report**

| CUSIP Number | Creditor Name | Date Received | Date Signed | Voting Amount | Total Votes | Votes Accept | Votes Reject | Votes Abstain | Total Dollars | Dollars Accept | Dollars Reject | Dollars Abstain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 008674 AB 9 | BROWN BROS | 5/9/13 | 5/9/13 | $725,000.00 | 1 | 1 | 0 | 0 | $725,000.00 | $725,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | MORGAN STANLEY SMITH BARNEY | 5/7/13 | 5/7/13 | $3,000.00 | 1 | 1 | 0 | 0 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | TD AMERITRADE | 5/10/13 | 5/13/13 | $140,000.00 | 1 | 1 | 0 | 0 | $140,000.00 | $140,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | NFS LLC | 5/1/13 | 5/1/13 | $78,000.00 | 6 | 4 | 2 | 0 | $78,000.00 | $71,000.00 | $7,000.00 | $0.00 |
| 008674 AB 9 | JPMC CLEAR | 5/9/13 | 5/9/13 | $28,310,000.00 | 1 | 1 | 0 | 0 | $28,310,000.00 | $28,310,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | CS SEC USA | 5/13/13 | 5/13/13 | $4,816,000.00 | 3 | 3 | 0 | 0 | $4,816,000.00 | $4,816,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | E*TRADE | 5/1/13 | 5/1/13 | $355,000.00 | 3 | 2 | 1 | 0 | $355,000.00 | $105,000.00 | $250,000.00 | $0.00 |
| 008674 AB 9 | CITADEL | 5/6/13 | 5/6/13 | $36.00 | 1 | 1 | 0 | 0 | $36.00 | $36.00 | $0.00 | $0.00 |
| 008674 AB 9 | PERSHING | 5/13/13 | 5/13/13 | $124,159,000.00 | 3 | 3 | 0 | 0 | $124,159,000.00 | $124,159,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | GOLDMAN LP | 5/13/13 | 5/13/13 | $3,200,000.00 | 1 | 1 | 0 | 0 | $3,200,000.00 | $3,200,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | DEUTSCHE | 5/10/13 | 5/13/13 | $1,800,369.00 | 3 | 3 | 0 | 0 | $1,800,369.00 | $1,800,369.00 | $0.00 | $0.00 |
| 008674 AB 9 | UBS SECLLC | 5/9/13 | 5/10/13 | $0.00 | 1 | 1 | 0 | 0 | $0.00 | $1,500,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | BANK OF NY | 5/10/13 | 5/13/13 | $21,596,000.00 | 9 | 9 | 0 | 0 | $21,596,000.00 | $21,596,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | BNYMEL/TST | 5/10/13 | 5/13/13 | $2,250,000.00 | 5 | 5 | 0 | 0 | $2,250,000.00 | $2,250,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | SSB&T CO | 5/9/13 | 5/10/13 | $6,284,000.00 | 8 | 8 | 0 | 0 | $6,284,000.00 | $6,284,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | JPMCB/CTC | 5/13/13 | 5/13/13 | $1,125,000.00 | 2 | 2 | 0 | 0 | $1,125,000.00 | $1,125,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | NRTHRN TR | 5/10/13 | 5/13/13 | $2,404,000.00 | 2 | 2 | 0 | 0 | $2,404,000.00 | $2,404,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | BNY/OZ MAS | 5/10/13 | 5/13/13 | $16,903,000.00 | 1 | 1 | 0 | 0 | $16,903,000.00 | $16,903,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | MITSUB UFJ | 5/10/13 | 5/13/13 | $3,552,000.00 | 6 | 6 | 0 | 0 | $3,552,000.00 | $3,552,000.00 | $0.00 | $0.00 |
| 008674 AB 9 | NOMURA FIX | 5/13/13 | 5/13/13 | $1,500,000.00 | 1 | 1 | 0 | 0 | $1,500,000.00 | $1,500,000.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | |
| | **TOTAL:** | | | | 59 | 56 | 3 | 0 | | $220,443,405.00 | $257,000.00 | $0.00 |

Noteholder Group's Plan of Reorganization
Class 6 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|---|---|---|---|---|---|
| 6 | 439 | 5/13/13 | GHULAM RAZA | $500,000.00 | Reject |
| 6 | 37 | 4/16/13 | Jackie Elliott | $10,000.00 | Accept |
| 6 | 41 | 4/16/13 | JONATHAN MILLER | $3,000,000.00 | Accept |
| 6 | 378 | 5/7/13 | LARRY CAUDELL | $1.00 | Accept |
| 6 | 173 | 4/22/13 | Mike Chambers | $28,583.27 | Accept |
| 6 | 408 | 5/10/13 | Ramiro Tinoco | $250,000.00 | Reject |
| 6 | 432 | 5/13/13 | RAYMOND DAVID JONES | $47,000.00 | Accept |

Noteholder Group's Plan of Reorganization
Class 8 Detail Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? |
|-------|---------------|------------|------|---------------|-------------------|
| 8 | 410 | 5/10/13 | John Paul Ahern, Jr. | $30.00 | Reject |

# Exhibit C

Second Lien Claims
Debtor's Class 2 and Noteholder Group's Class 4
Unacceptable Ballot Report

| Class | CUSIP Number | Date Filed | Name | Voting Amount | Accept or Reject? | Reason Ballot is Unacceptable |
|---|---|---|---|---|---|---|
| 2 DEBT | 008674 AB 9 | 5/10/2013 | LOEB ARBITRAGE OFFSHORE PARTNERS LTD | $ 930,000.00 | REJECT | Not entitled to vote |
| 2 DEBT | 008674 AB 9 | 5/10/2013 | LLT LIMITED | $ 70,000.00 | REJECT | Not entitled to vote |
| 4 NTHLDR | 008674 AB 9 | 5/10/2013 | LOEB ARBITRAGE OFFSHORE PARTNERS LTD | $ 930,000.00 | ACCEPT | Not entitled to vote |
| 4 NTHLDR | 008674 AB 9 | 5/10/2013 | LLT LIMITED | $ 70,000.00 | ACCEPT | Not entitled to vote |

Debtor's Second Amended Plan
Unacceptable Ballots Report

| Class | Ballot Number | Date Filed | Name | Voting Amount | Accept or Reject? | Reason Unacceptable |
|---|---|---|---|---|---|---|
| 7 | 233 | 4/29/13 | ACTION HOSE INC | $876.28 | Abstained | Abstained |
| 7 | 452 | 5/10/13 | California Environmental Solutions, LLC | $405.00 | Accept | Not Entitled to Vote |
| 7 | 146 | 4/19/13 | CAMPBELL-BROWN INC | $75.94 | Abstained | Abstained |
| 7 | 67 | 4/16/13 | CLIFFORD POWER SYSTEMS | $624.09 | Abstained | Abstained |
| 7 | 474 | 5/15/13 | EL CAJON FORD | $4,372.61 | Accept | Late Filed |
| 7 | 112 | 4/18/13 | Farwest Insulation Contracting | $3,795.92 | Abstained | Abstained |
| 7 | 395 | 5/9/13 | FORKLIFTS OF MINNESOTA | $135.41 | Abstained | Abstained |
| 7 | 464 | 5/10/13 | FREMONT FORD/FREMONT MAZDA | $1,023.50 | Accept | Not Entitled to Vote |
| 7 | 477 | 5/15/13 | GENERATOR EXCHANGE INC | $8,195.82 | Accept | Late Filed |
| 7 | 426 | 5/13/13 | JBR ENTERPRISES INC | $1,112.07 | Abstained | Abstained |
| 7 | 475 | 5/15/13 | MOBILSENSE TECHNOLOGIES | $2,323.65 | Accept | Late Filed |
| 7 | 138 | 4/19/13 | NELSON INTERNATIONAL | $2,067.64 | Abstained | Abstained |
| 7 | 476 | 5/15/13 | NORTH AMERICAN BATTERY SYSTEMS | $209,848.14 | Accept | Late Filed |
| 7 | 283 | 5/1/13 | PICKART & SON RADIATOR | $150.00 | Abstained | Abstained |
| 7 | 250 | 4/29/13 | RDO Equipment Co. | $14,615.39 | Abstained | Abstained |
| 7 | 479 | 5/17/13 | ROOSEVELT TIRE SERVICE INC | $895.87 | Accept | Late Filed |
| 7 | 150 | 4/19/13 | SANDYS ELECTRONIC PARTS | $19.20 | Accept | Not Signed |
| 7 | 461 | 5/10/13 | SERVICE WAREHOUSE | $942.41 | Accept | Not Entitled to Vote |
| 7 | 427 | 5/13/13 | SIERRA TRUCK BODY & EQUIPMENT | $12.26 | Abstained | Abstained |
| 7 | 259 | 4/30/13 | SO CAL SPEED SHOP | $134.89 | Accept | Not Signed |
| 7 | 472 | 5/15/13 | TRC Master Fund LLC | $8,639.05 | Reject | Late Filed |
| 7 | 473 | 5/15/13 | TRC Master Fund LLC | $8,084.15 | Reject | Late Filed |
| 7 | 61 | 4/16/13 | UNITED DIESEL SERVICE | $230.57 | Abstained | Abstained |
| 7 | 471 | 5/14/13 | WASHINGTON CITY UTILITY | $2,390.53 | Accept | Late Filed |