GORDON SILVER
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
KIRK D. HOMEYER, ESQ.
Nevada Bar No. 12402
E-mail: khomeyer@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666

Attorneys for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>AHERN RENTALS, INC.,<br><br>Debtor. | Case No: BK-N-11-53860-BTB<br>Chapter 11<br><br>Date:  N/A<br>Time:  N/A |

### FINAL POST-CONFIRMATION REPORT

Ahern Rentals, Inc. ("Reorganized Debtor"), by and through its counsel, the law firm of Gordon Silver, hereby files its final post-confirmation report pursuant to 11 U.S.C. § 704(a)(9) and the section 7.2 of the United States Trustee Guidelines (Region 17).

On June 6, 2013, the Court entered an order confirming the *Debtor's Second Amended Plan of Reorganization (Revised and Conformed)* (the "Plan").[1]  See ECF No. 2171.  All conditions for the occurrence of the Effective Date as set forth in Section 8.2 of the Plan have been satisfied.  Thus, the Effective Date of the Plan was June 24, 2013.  See ECF No. 2190.

This report is Reorganized Debtor's final report that addresses the period of January 1, 2014, through March 26, 2014 (the "Reporting Period").

. . .

. . .

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Plan.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104500-003/2226516.doc

| | | |
|---|---|---|
| 1. | Anticipated date of the entry of the order dismissing the Chapter 11 Case: | March 26, 2014[2] |
| 2. | Cash balance at the beginning of the Reporting Period (Jan. 1, 2014): | $1,650,509.00 |
| | Estimated total receipts during the Reporting Period (Jan. 1, 2014 – Mar. 26, 2014): | $100,000,000 |
| | Estimated total disbursements made during the Reporting Period (Jan. 1, 2014 – Mar. 26, 2014): | $110,000,000 |
| 3. | Balance remaining to be made under the Plan prior to the conclusion of the Chapter 11 Case: | $84,963.66[3] |
| 4. | Are all payments required by the confirmed Plan current at this time? | Yes |
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? | No |
| 6. | Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | Yes |
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? | Yes[4] |
| 8. | Has the order confirming the Plan become | Yes |

---

[2] For the purposes of this Report, Reorganized Debtor assumes that the Court will enter the final decree on or before March 26, 2014, which is the date of the hearing on Reorganized Debtor's *Motion for Entry of a Final Decree* (the "Final Decree Motion").

[3] This amount does not include unliquidated PI Claims, as such PI Claims do not become Allowed Claims until they have been liquidated through settlement or judgment.

[4] Reorganized Debtor's claim objections (the "Claim Objections") are scheduled to be heard on March 26, 2014, at 10:00 a.m., the same time the Court is scheduled to hear Reorganized Debtor's Final Decree Motion. Reorganized Debtor anticipates the Court will grant all of the Claim Objections, as no creditors have filed oppositions. Moreover, there is one pending adversary proceeding: *Ahern Rentals, Inc. v. Imperial Highway, LLC*, Adv. No. 13-05065-BTB (the "Adversary Proceeding"). Reorganized Debtor has submitted *Plaintiff Ahern Rentals, Inc.'s Application for Entry of Default Judgment Against Defendant Imperial Highway, LLC* (the "Default Judgment Application"), requesting the Court enter a default judgment in favor of Reorganized Debtor as the defendant has failed to answer or otherwise defend Reorganized Debtor's complaint. See Adversary Proceeding, ECF No. 15. The Court is scheduled to hear the Default Judgment Application at the same time as the Claim Objections. To the extent the Court grants the Default Judgment Application, the Adversary Proceeding can be closed. Notwithstanding the Adversary Proceeding, as set forth in the Final Decree Motion, this Court has authority to close the Chapter 11 Case and retain jurisdiction over the pending Adversary Proceeding.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104500-003/2226516.doc

2

| | | |
|---|---|---|
| | nonappealable? | |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? | N/A |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | Yes |
| 11. | Does any property remain to be transferred pursuant to the Plan? | No |
| 12. | Has the revested debtor assumed the business or management of the property dealt with by the Plan? | Yes |

DATED this 24th day of March, 2014.

AHERN RENTALS, INC.,

By: Kirk Hartle
Its: Chief Financial Officer and Treasurer

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104500-003/2226516.doc